UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CRAIG CUNNINGHAM** on behalf of himself and all others similarly situated,

                Plaintiff,                Civil Action No. 2:17 cv 2080

    -vs.-

**SHORE FUNDING SOLUTIONS INC.,**

                Defendant.

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPROARY STAY OF FURTHER PROCEEDINGS ON THAT MOTION

Upon the accompanying Memorandum of Law, any further papers or argument to be submitted by Plaintiff at a subsequent date, and upon all prior pleadings, Plaintiff CRAIG CUNNINGHAM, by and through his undersigned counsel, hereby moves this Court for an order:

    A.    Taking this Motion under submission and deferring further activity on it until after the discovery cutoff date to be set in the Court's upcoming Rule 23 scheduling order, or alternatively;

    B.    Granting Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23.

Dated: White Plains, New York
       April 7, 2017

                                      Respectfully submitted,

                                      s/Aytan Y. Bellin
                                      Aytan Y. Bellin

                                      **BELLIN & ASSOCIATES LLC**
                                      85 Miles Avenue
                                      White Plains, NY  10606
                                      Phone: 914-358-5345
                                      Fax: 212-571-0284
                                      Aytan.Bellin@bellinlaw.com

                                      *Attorneys for Plaintiff and proposed Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on Defendant(s) along with the summons and complaint.

                s/Aytan Y. Bellin