UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRAIG CUNNINGHAM, on behalf of himself and all
others similarly situated,

                             Plaintiff,                17-CV-02080 (ADS) (AKT)

        -vs.-

SHORE FUNDING SOLUTIONS INC.,

                           Defendant.

## DECLARATION OF AYTAN Y. BELLIN IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL AND FOR SANTIONS

     I, AYTAN Y. BELLIN, declare:

     1.     I am admitted to practice before this Court and am the Managing Attorney of the law firm Bellin & Associates LLC, counsel for Craig Cunningham ("Plaintiff") in this action.  I submit this Declaration in support of Plaintiff's Second Letter Motion to Compel Discovery Responses from Defendant Shore Funding Solutions Inc. ("Shore Funding") and for Sanctions.  I have personal knowledge of the matters set forth in this Declaration, and could and would testify competently to their truth and accuracy if called as a witness.

     2.     Shore Funding filed a response to Plaintiff's First Set of Requests for Admissions on November 13, 2017.  That response is attached hereto as Exhibit A.

     3.     On November 26, 2017, Shore Funding served responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.  Those responses are attached hereto as Exhibits B and C respectively.

     4.     At the November 27, 2017, hearing on Plaintiff's the first Motion to Compel, this Court warned Shore Funding's counsel, Clifford Olshaker, that he and Shore Funding had

repeatedly violated the Court's orders in this case and that they would face sanctions if they did so again.

5.      On December 21, 2017, during a meet and confer with Plaintiff's counsel, Mr. Olshaker promised that his client would provide objection-free (other than privilege) responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admission.  That promise was confirmed in an e-mail exchange between Mr. Olshaker and Plaintiff's counsel that same day.  The December 21, 2018 e-mail exchange is attached hereto as Exhibit D.

6.      On January 1, 2018, Plaintiff's counsel called and left a message for Mr. Olshaker regarding Defendant's Motion for a Stay and the Shore Funding's outstanding discovery responses, but Mr. Olshaker never responded.

7.       Plaintiff's counsel called and left a message for Mr. Olshaker again on January 2, 2018, but Mr. Olshaker never responded.

8.      Plaintiff's counsel sent Mr. Olshaker a text message on January 2, 2018, but got no response.

9.      In a January 2, 2018 e-mail to Mr. Olshaker, Plaintiff's counsel acknowledged Shore Funding's Motion to Stay, but also reminded him that Shore Funding's amended discovery responses were due that day.  Mr. Olshaker never responded to that e-mail.  The January 2, 2018 e-mail is attached hereto as Exhibit E.

10.     On January 9, 2018, Plaintiff's counsel left Mr. Olshkaer a voice mail message and sent Mr. Olskaher two text messages. Mr. Olshaker did not respond to any of these messages.

11.     On January 10, 2018, Plaintiff's counsel sent Mr. Olshaker another text message and another e-mail.  Mr. Olshaker did not respond to either of these messages. The January 10, 2018 e-mail is attached hereto as Exhibit F.

12.     Notwithstanding this Court's clear order, and Plaintiff's repeated reminders to Shore Funding, Shore Funding has still failed to provide objection-free (other than privilege) responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2018, in White Plains, New York.


/s/ Aytan Y. Bellin
Aytan Y. Bellin

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

CRAIG CUNNINGHAM, on behalf of himself
and all others similarly situated,

                                      Civil Action No.: 17-cv-02080 (ADS)(AKT)

            Plaintiff

            -against-

SHORE FUNDING SOLUTIONS INC.

            Defendant

_____

## DEFENDANT, SHORE FUNDING SOLUTIONS OBJECTIONS AND RESPONSES TO PLAINTIFF CRAIG CUNNINGHAM'S REQUESTS FOR ADMISSIONS

1.     Defendant, either directly or through a contractor, employee or other agent, made or caused to be made telephone calls, using an automatic telephone dialing system, to deliver the text messages attached to Exhibit A to Plaintiff's Complaint to telephone number 615-348-1977.

**Response:**     Defendant is unable to admit or deny this request as the definition of an automatic telephone dialing system ("ATDS") is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211.

2.     Plaintiff did not consent to receiving the text messages attached as Exhibit A to Plaintiff's Complaint.

**Response:**     Deny.

3.      Defendant did not have an established business relationship with the Plaintiff prior to the time when the text messages attached as Exhibit A to Plaintiff's Complaint were given to Plaintiff.

**Response:**      Deny.

4.      Defendant has never had any kind of business relationship with Plaintiff.

**Response:**      Deny.

5.      From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 40 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:**      Deny.

6.      From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 1,000 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:**      Deny.

7.      From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 5,000 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:** Deny.

8. From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 10,000 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:** Deny.

9. From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 40 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:** Deny.

10. From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 40 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:** Deny.

11. From April 7, 2013 through April 7, 2017, Defendant made and/or caused to be made over 40 telephone calls to cellular phones, using an automatic telephone dialing system, to deliver text messages, identical to those attached as Exhibit A to the Complaint or substantially

similar text messages, without obtaining prior express consent of the persons to whom the telephone calls were made or after such persons had revoked prior express consent.

**Response:**    Deny.

12.    Defendant did not obtain the express prior consent of all persons to whose cellular phones Defendant made and/or caused to be made telephone calls using an automatic telephone dialing system, to deliver text messages from April 7, 2013 through April 7, 2017.

**Response:**    Deny.

13.    Defendant did not obtain the express prior consent of some of the persons to whose cellular phones Defendant made and/or caused to be made telephone calls using an automatic telephone dialing system, to deliver text messages from April 7, 2013 through April 7, 2017.

**Response:**    Deny.

14.    Defendant made and/or caused to be made telephone calls, using an automatic telephone dialing system, to deliver text messages to the cellular phones of some persons who had revoked their prior consent to receive such text messages, from April 7, 2013 through April 7, 2017.

**Response:**    Deny.

15.    Defendant made and/or caused to be made telephone calls, using an automatic telephone dialing system, to deliver text messages to the cellular phones of all persons who had revoked their prior consent to receive such text messages, from April 7, 2013 through April 7, 2017.

**Response:**    Deny.

16.    Defendant did not have an established business relationship with all of the recipients of the text messages which were delivered to the recipient's cellular phone as a result of Defendant making and/or causing to be made telephone calls to such cellular phones using an automatic telephone dialing system from April 7, 2013 through April 7, 2017.

**Response:**     Defendant is unable to admit or deny this request as the definition of an automatic telephone dialing system ("ATDS") is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211. Defendant does however admit that some of the recipients of Defendant's texts do not have an established business relationship with the Defendant.  In such cases the recipient has given his/her prior express consent prior to being contacted by the Defendant.

17.     Defendant did not have an established business relationship with some of the recipients of the text messages which were delivered to the recipient's cellular phone as a result of Defendant making and/or causing to be made telephone calls to such cellular phones using an automatic telephone dialing system from April 7, 2013 through April 7, 2017.

**Response:**     Defendant is unable to admit or deny this request as the definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211. Defendant does however admit that some of the recipients of Defendant's texts do not have an established business relationship with the Defendant.  In such cases the recipient has given his/her prior express consent prior to being contacted by the Defendant.

18.     Defendant physically made all of the telephone calls, using an automatic dialing system, to cellular phones to deliver text messages from April 7, 2013 through April 7, 2017.

**Response:**     Defendant is unable to admit or deny this request as the definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211.

19.     Defendant engaged, hired, employed and/or paid a third party to physically make all of the telephone calls, using an automatic dialing system, to cellular phones to deliver text messages from April 7, 2013 through April 7, 2017.

**Response:**     Deny.

20.     Defendant, either directly or through a contractor, employee or other agent, used the internet to make and/or cause to be made telephone calls, using an automatic dialing system, to cellular phones to deliver text messages from April 7, 2013 through April 7, 2017.

**Response:**     Defendant is unable to admit or deny this request as the definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* ACA International v. Federal Communications Commission, 15-1211.

21.     Defendant made and/or cause to be made telephone calls, using an automatic dialing system, to cellular phones to deliver text messages without the use of an operator from April 7, 2013 through April 7, 2017.

**Response:**     Defendant is unable to admit or deny this request as the definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* ACA International v. Federal Communications Commission, 15-1211.

22.     The automatic dialing system, or such device in conjunction with other equipment, which Defendant used to make and/or cause to be made telephone calls to cellular phones to deliver text messages, contains the capability to store the telephone numbers to be called from April 7, 2013 through April 7, 2017.

**Response:**     Defendant is unable to admit or deny this request as the definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* ACA International v. Federal Communications Commission, 15-1211.

Clifford Olshaker
*Attorney for Defendant*
*SHORE FUNDING SOLUTIONS INC.*
40-47 75th Street, Third Floor
Elmhurst, New York 11373
(718) 429-2505
Facsimile (718) 429-2096
cliffordolshaker@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Aytan Y. Bellin

Bellin & Associates, LLC

85 Miles Avenue

White Plains, NY 10606

Counsel for Plaintiff

Clifford Olshaker, Esq.

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

CRAIG CUNNINGHAM, on behalf of himself
and all others similarly situated,

                                                     Civil Action No.: 17-cv-02080 (ADS)(AKT)

          Plaintiff

          -against-

SHORE FUNDING SOLUTIONS INC.

          Defendant
_____

## DEFENDANT DHORE FUNDING SOLUTIONS ANSWERS AND OBJECTIONS TO PLAINTIFF CRAIG CUNNINGHAM'S <u>FIRST SET OF INTERROGATORIES</u>

Shore Funding Solutions, Inc. ("Shore Funding" or "Defendant"), by and through its undersigned counsel, hereby objects and responds to the Interrogatories propounded by Plaintiff Craig Cunningham ("Plaintiff") as follows (numbered responses and objections correspond to Plaintiff's numbered Interrogatory):

### <u>GENERAL OBJECTIONS</u>

a.      Shore Funding objects to each and every Interrogatory and the Definitions and Instructions to the extent they are out of proportion to the needs of the case and that they seek to impose a burden greater than, seek more information than provided for, or are otherwise inconsistent with the Federal Rules of Civil Procedure, the Local Rules of this Court, or any order of the Court.

b.      Shore Funding objects to each and every Interrogatory to the extent it seeks information covered by the attorney-client or work product privileges.  Any inadvertent production or

disclosure of privileged information or documents shall not be deemed a waiver of any applicable privilege.

c.      Shore Funding objects to each and every Interrogatory and the Definitions and Instructions to the extent they seek confidential information or documents.  Any inadvertent production or disclosure, in these Responses or otherwise, of any confidential information or document shall not constitute or be deemed a waiver of any applicable privilege or objection. Shore Funding reserves the right not to disclose or produce confidential information or documents, except as redacted or in accordance with a protective order entered by the Court.

d.      Shore Funding objects to each and every Interrogatory to the extent it is vague, ambiguous, overbroad, unduly burdensome, or vexatious, and to the extent the Interrogatory seeks information or documents that are neither relevant nor exceed the reasonably likely to lead to the discovery of admissible evidence.

e.      Shore Funding objects to each and every Interrogatory to the extent it seeks information or documents not in the possession, custody, or control of Shore Funding, or information or documents already available to Plaintiff.

f.      Shore Funding's Responses shall not be construed as signifying agreement to the Plaintiff's characterization of any fact, circumstance, or legal obligation.  Shore Funding objects to each and every Interrogatory to the extent it contains any express or implied allegation of fact or conclusion of law.

g.      These General Objections are applicable to each of the following responses and objections, and failure to repeat an objection in response to a specific Interrogatory shall not be deemed a waiver of the objection.  Further, when the Shore Funding specifically repeats one or

more of these General Objections in response to a specific Interrogatory, such specific response
is not a waiver of these General Objections.

h.      Shore Funding reserves the right to supplement these Responses as additional
information or documents are obtained.

## RESPONSES TO INTERROGATORIES

1.      The Defendant's Operations Manager, Gina Monteforte, has provided the answers and
information that comprise Defendant's responses and objections to Plaintiff's First Set of
Interrogatories.  Ms. Montefiore can be contacted through counsel at The Law Office of Clifford
Olshaker, P.C., 40-47 75th Street, Third Floor, Elmhurst, NY 11373.

2.      Defendant objects to this Interrogatory as overbroad in both time and scope and calls
Defendant to speculate as to which of its employees may have knowledge or information
pertaining to the facts alleged in the pleadings of this case.

3.      Defendant objects to this Interrogatory as it lacks relevance as Defendant's liability
insurance carrier does not insure the Defendant from claims arising under the TCPA.

4.      Defendant objects to this Interrogatory as it is unintelligible, unduly broad, and calls for a
legal conclusion as to the definition of an automatic telephone dialing system ("ATDS").  Such
definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C.
Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

5.      Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition
of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently
pending before the D.C. Circuit.  *See* ACA International v. Federal Communications
Commission, 15-1211.  Without waiving such objection Defendant uses its best efforts to only

contact people whom have given their express prior consent to being contacted by Shore Funding.

6.      Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

7.      Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

8.      Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

9.      Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

10.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

11.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

12.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

13.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

14.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

15.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

16.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently

pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

17.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

18.     Defendant objects to this Interrogatory as unduly broad and irrelevant to the claims and defenses of this case.  Defendant furthermore objects to this Interrogatory as such information is available to the Plaintiff through public means.

19.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

20.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

21.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

22.     Defendant objects to this Interrogatory as calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently

pending before the D.C. Circuit.  *See* <u>ACA International v. Federal Communications Communication</u>, 15-1211.

I declare under penalty of perjury that the following is true and correct.

Dated: November 21, 2017, Melville, NY

Signed: _____

CLIFFORD B. OLSHAKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02OL6218699
Qualified in Kings County
My Commission Expires March 08, 2018

2018

Clifford Olshaker
*Attorney for Defendant*
*SHORE FUNDING SOLUTIONS INC.*
40-47 75th Street, Third Floor
Elmhurst, New York 11373
(718) 429-2505
Facsimile (718) 429-2096
cliffordolshaker@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2017, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Aytan Y. Bellin
Bellin & Associates, LLC
85 Miles Avenue
White Plains, NY 10606
Counsel for Plaintiff

Clifford Olshaker, Esq.

# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————

CRAIG CUNNINGHAM, on behalf of himself
and all others similarly situated,

                                                      Civil Action No.: 17-cv-02080 (ADS)(AKT)

        Plaintiff

        -against-

SHORE FUNDING SOLUTIONS INC.

        Defendant

————————————————————————

### DEFENDANT DHORE FUNDING SOLUTIONS
### ANSWERS AND OBJECTIONS TO PLAINTIFF CRAIG CUNNINGHAM'S
### FIRST SET OF REQUESTS FOR PRODUCTION

       Shore Funding Solutions, Inc. ("Shore Funding" or "Defendant"), by and through its

undersigned counsel, hereby objects and responds to the Requests propounded by Plaintiff Craig

Cunningham ("Plaintiff") as follows:

### GENERAL OBJECTION

a.      The last paragraph of Page 4 of Plaintiff's Request for Production states "Under Rule 34

of the Federal Rules of Civil Procedure, Plaintiff Craig Moscowitz ("Plaintiff"), hereby

propounds on Defendant these written discovery requests . . ."  Inasmuch as Craig Moscowitz is

not a party to this case Defendant objects to this Request in its entirety as irrelevant to the claims

and defenses of the case.

b.      Shore Funding objects to each and every Request and the Definitions and Instructions to

the extent they are out of proportion to the needs of the case and that they seek to impose a

burden greater than, seek more information than provided for, or are otherwise inconsistent with the Federal Rules of Civil Procedure, the Local Rules of this Court, or any order of the Court.

c.        Shore Funding objects to each and every Request to the extent it seeks information covered by the attorney-client or work product privileges.  Any inadvertent production or disclosure of privileged information or documents shall not be deemed a waiver of any applicable privilege.

d.        Shore Funding objects to each and every Request and the Definitions and Instructions to the extent they seek confidential information or documents.  Any inadvertent production or disclosure, in these Responses or otherwise, of any confidential information or document shall not constitute or be deemed a waiver of any applicable privilege or objection. Shore Funding reserves the right not to disclose or produce confidential information or documents, except as redacted or in accordance with a protective order entered by the Court.

e.        Shore Funding objects to each and every Request to the extent it is vague, ambiguous, overbroad, unduly burdensome, or vexatious, and to the extent the Request seeks information or documents that are neither relevant nor exceed the reasonably likely to lead to the discovery of admissible evidence.

f.        Shore Funding objects to each and every Request to the extent it seeks information or documents not in the possession, custody, or control of Shore Funding, or information or documents already available to Plaintiff.

g.        Shore Funding's Responses shall not be construed as signifying agreement to the Plaintiff's characterization of any fact, circumstance, or legal obligation.  Shore Funding objects to each and every Request to the extent it contains any express or implied allegation of fact or conclusion of law.

h.     These General Objections are applicable to each of the following responses and

objections, and failure to repeat an objection in response to a specific Request shall not be

deemed a waiver of the objection.  Further, when the Shore Funding specifically repeats one or

more of these General Objections in response to a specific Request, such specific response is not

a waiver of these General Objections.

i.      Shore Funding reserves the right to supplement these Responses as additional

information or documents are obtained.

## RESPONSES TO REQUESTS

1.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass, and calls for a legal conclusion as to the definition of an automatic

telephone dialing system ("ATDS").  Such definition of an ATDS is the subject of a consolidated

appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal

Communications Commission, 15-1211.

2.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.

Such definition of an ATDS is the subject of a consolidated appeal currently pending before the

D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

3.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.

Such definition of an ATDS is the subject of a consolidated appeal currently pending before the

D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

4.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.

Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211. Without waiving such objection Defendant acknowledges that it sent the Plaintiff the three text messages that form the basis of his claim after receiving his prior express consent to be contacted by Shore Funding.

5.       Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211.

6.       Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211. Without waiving such objection Defendant acknowledges that Plaintiff received the texts in question at the time and date stated in the Complaint.

7.       Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211.

8.       Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* <u>ACA International v. Federal Communications Commission</u>, 15-1211.

Without waiving such objection Defendant acknowledges that Plaintiff received the three texts stated in the Complaint.

9.      Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* ACA International v. Federal Communications Commission, 15-1211.

10.     Defendant received Plaintiff's wireless number (615-348-1977) when the Plaintiff gave his express consent to be contacted by the Defendant on January 30, 2016. Attached hereto as **EXHIBIT A** is a screen shot of Plaintiff's opt in.

11.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* ACA International v. Federal Communications Commission, 15-1211.

12.     Defendant objects to this Request as it is unintelligible and has nothing to do with the claims or defenses of this case. The content of the texts in question speak for themselves.

13.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit. *See* ACA International v. Federal Communications Commission, 15-1211.

14.     Defendant objects to this request as it seeks documents that are subject to the attorney-client privilege.

15.     Defendant objects to this request as it seeks documents that are subject to the attorney-client privilege.

16.     Defendant objects to this Request as it lacks relevance as Defendant's liability insurance carrier does not insure the Defendant from claims arising under the TCPA.

17.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

18.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

19.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

20.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

21.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

22.      Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

23.      Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

24.      Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

25.      Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection please see **EXHIBIT A** reflecting the Plaintiff's opt-in to be contacted by the Defendant.

26.      Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

27.     Plaintiff applied for funding from the Defendant on February 18, 2016 and August 29,

2016.  Each application contained his cellular number (615-348-1977) at which he wished to be

contacted.  Attached hereto as **EXHIBIT B** are Plaintiff's two applications for funding submitted

to the Defendant including all documents supplied by the Plaintiff in support of his applications

to the Defendant for Funding.

28.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.

Such definition of an ATDS is the subject of a consolidated appeal currently pending before the

D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

29.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.

Such definition of an ATDS is the subject of a consolidated appeal currently pending before the

D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

30.     Defendant objects to this Request as it is unintelligible, requests work-product, intended

to harass and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an

ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See*

ACA International v. Federal Communications Commission, 15-1211.

31.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-

product, intended to harass and calls for a legal conclusion as to the definition of an ATDS.

Such definition of an ATDS is the subject of a consolidated appeal currently pending before the

D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

Without waiving such objection no such documents are in the Defendant's possession.

32.     Defendant objects to this Request as it is duplicative, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

33.     Defendant objects to this Request as it is duplicative, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

34.     Defendant objects to this Request as it is duplicative.

35.     Defendant objects to this request as it is premature.

36.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

37.     Defendant objects to this Request as it is duplicative, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the

three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

38.     Defendant objects to this Request as it is duplicative, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

39.     Defendant objects to this Request as it requests information readily available to the Plaintiff through public sources, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

40.     Defendant objects to this request as it is vague and ambiguous, overly broad and seeks material that is protected by the attorney-client privilege.

41.     Defendant objects to this Request as it is vague and ambiguous, overly broad, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

42.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.

43.     Defendant objects to this Request as it is burdensome, unduly broad, requests work-product, intended to harass and calls for a legal conclusion as to the definition of an ATDS. Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211. Without waiving such objection no such documents are in the Defendant's possession.

44.     Defendant objects to this Request as it is vague and ambiguous, overly broad, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

45.     Defendant objects to this Request as it is vague and ambiguous, overly broad, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

46.     Defendant objects to this Request as it is vague and ambiguous, overly broad, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject

of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

47.      Defendant objects to this Request as it is unintelligible, vague and ambiguous, overly broad, and calls for a legal conclusion as to the definition of an ATDS.  Such definition of an ATDS is the subject of a consolidated appeal currently pending before the D.C. Circuit.  *See* ACA International v. Federal Communications Commission, 15-1211.  Without waiving such objection the Defendant acknowledges that the three text messages alluded to in the complaint reflect the three text messages the Defendant sent to Plaintiff.

48.      Defendant objects to this Request as it is unintelligible, vague and ambiguous, overly broad.  Without waiving such objections Defendant's internet provider is 8x8.

Dated: Elmhurst, New York
      November 21, 2017

_____
Clifford Olshaker
*Attorney for Defendant*
*SHORE FUNDING SOLUTIONS INC.*
40-47 75th Street, Third Floor
Elmhurst, New York 11373
(718) 429-2505
Facsimile (718) 429-2096
cliffordolshaker@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2017, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Aytan Y. Bellin
Bellin & Associates, LLC
85 Miles Avenue
White Plains, NY 10606
Counsel for Plaintiff

_____
Clifford Olshaker, Esq.

**EXHIBIT A**



```
1  ◇  select firstname,lastname,address1,city,state,zip,phone1,email1,ipaddress,
2     from leads where phone1=...
```

Filter:

| firstname | lastname   | address1 | city | state | zip |
|-----------|------------|----------|------|-------|-----|
| CRAIG     | Cunningham |          |      |       |     |

File: ... | Autosize: IA

| email | ipaddress | datetime | company |
|---|---|---|---|
| craig.cunningham1sccc@gmail.com | 74.240.209.33 | 1/30/2016 18:36 | GRANITE ENTERPRISES LLC |

# EXHIBIT B





SHORE FUNDING

*KEITH GOSSWEILER*
Solutions Expert
Direct: 631-623-1144
Fax: 631-239-9200
Email: jtuttle@shorefundingsolutions.com

## Funding Application

**Business Legal Name:** Granite Enterprises

**Doing Business As:**

**Legal Entity:** ☐ Corporation ☑ LLC ☐ Sole Proprietorship ☐ Partnership ☐ LTD Partnership

**Federal Tax ID:** 800847531   **State of Incorporation:** NM

**Business Phone:** 615-212-9191

**Business Website:**

**Mobile:**

**Business Fax:**

**Email Address:** bigcraig79@hotmail.com

**Business Start Date:** 3/2012

**Physical Address:** 5543 Edmondson Pike Ste248   **City:** Nashville   **State:** TN   **Zip Code:** 37211

**Billing Address:** Same   **City:**   **State:**   **Zip Code:**

### Owner/Principal Information

**Name:** Craig Cunningham   **Title:** Manager/Owner   **% of Ownership:** 100

**Home Address:** 5543 Edmondson Pike ste248   **City:** Nashville   **State:** TN   **Zip Code:** 37211

**Email:**   **Mobile:** 615 348 1977

**Date of Birth:** 8/6/1980   **Social Security #:** 266 985 5558

### 2nd Owner/Principal Information

**Name:**   **Title:**   **% of Ownership:**

**Home Address:**   **City:**   **State:**   **Zip Code:**

**Email:**   **Mobile:**

**Date of Birth:**   **Social Security #:**

### Business Information

**Business Description:** Internet sales

**Renter or Owned:** Rent   **Open Bankruptcy?** NO

**Rent/Mortgage Amount:**

**Landlord/Mortgage Company Contact:** Brandon Callier

### Funding Information

**Current credit card processor?** N/A

**What is the Capital being requested for?** Inventory

**Last 4 months Visa/MasterCard Monthly Volume:**   **Total Monthly Sales (All Forms of Revenue):** 50,000

**Gross Annual Sales (Last Year's Tax Return):** 500,000

**Does the merchant have any open MCA or loan accounts? If Yes, what is the Current Outstanding Balance?** NO

### Authorization Form

By signing below, each of the above listed business and business owner/officer (individually and collectively, "you") authorize [Shore Funding Solutions] ("SFS") and each of its representatives, successors, assigns and designees ("Recipients") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefor (collectively, "Transactions") to obtain consumer or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties. You also authorize SFS to transmit this application form, along with any of the foregoing information obtained in connection with this application, to any or all of the Recipients for the foregoing purposes. You also consent to the release, by any creditor or financial institution, of any information relating to any of you, to SFS and to each of the Recipients, all its own behalf.

**Owner Signature:** _[signature]_   **Co-Owner Signature:** _____

**Print Name:** Craig Cunningham   **Print Name:** _____

**Date:** 2/18/2016   **Date:** _____

*Note: All Fields Are Required on this Application before Submission.

Shore Funding Solutions #9238

SHORE FUNDING

Douglas Miller
Solutions Expert
Direct: 631-773-3231
Fax: 631-239-9200
Email: dmiller@shorefundingsolutions.com

## Funding Application

| | |
|---|---|
| Business Legal Name: Granite Enterprises | Doing Business As: |

Legal Entity: ☐ Corporation  ☒ LLC  ☐ Sole Proprietorship
☐ Partnership  ☐ LTD Partnership

Federal Tax ID: 840847135   State of Incorporation: NM

Business Phone: 615 848 1977

Business Website:

Mobile:

Business Fax:

Email Address: bigcraig79@hotmail.com

Business Start Date: 3/2012

Physical Address: 4720 Nolensville Pike   City: Nashville   State: TN   Zip Code: 37011

Billing Address:   City:   State:   Zip Code:

## Owner / Principal Information

Name: Craig Cunningham   Title: Owner   % of Ownership: 100

Home Address: 5543 Edmondson Pike Ste 248   City: Nashville   State: TN   Zip Code: 37211

Email: bigcraig79@hotmail.com   Mobile:

Date of Birth: 08/06/1980   Social Security #: 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

## 2nd Owner / Principal Information

Name:   Title:   % of Ownership:

Home Address:   City:   State:   Zip Code:

Email:   Mobile:

Date of Birth:   Social Security #:

## Business Information

Business Description: Retail Supplements

Renter or Owned:   Open Bankruptcy? No

Rent/Mortgage Amount: 1,000

Landlord/Mortgage Company Contact: Brandon Callier 915-383-4604

## Funding Information

Current credit card processor? Amazon

What is the Capital being requested for? Inventory

Last 4 months Visa/MasterCard Monthly Volume: 60,000   Total Monthly Sales (All Forms of Revenue): 70,000

Gross Annual Sales (Last Year's Tax Return): 600,000

Does the merchant have any open MCA or loan accounts? If Yes, what is the Current Outstanding Balance?   No

## Authorization Form

By signing below, each of the above listed business and business owner/officer (individually and collectively, "you") authorize [Shore Funding Solutions] ("SFS") and each of its representatives, successors, assigns and designees ("Recipients") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefor (collectively, "Transactions") to obtain consumer or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties. You also authorize SFS to transmit this application form, along with any of the foregoing information obtained in connection with the application, to any or all of the Recipients for the foregoing purposes. You also consent to the release, by any creditor or financial institution, of any information relating to any of you, to SFS and to each of the Recipients, on its own behalf.

Owner Signature: _____   Co-Owner Signature: _____

Print Name: Craig Cunningham   Print Name: _____

Date: 8/29/2016   Date: _____

*Note: All Fields Are Required on this Application before Submission.

Shore Funding Solutions #9238



**PIONEER BANK**

PO BOX 130
ROSWELL NM 88202

ADDRESS SERVICE REQUESTED

CRAIG CUNNINGHAM OR
MARICEL CATALAN FORTEZA
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

## *Statement Ending 07/25/2016*

CRAIG CUNNINGHAM OR                                    Page 1 of 6
Account Number: 803051311

### *Managing Your Accounts*

| | | |
|---|---|---|
| Customer Care Center: | (575) 782-2424 |
| Tele-Banking | (575) 782-2424 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 972178 El Paso, NM 79905 |

### *Summary of Accounts*

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMPLETELY FREE | 803051311 | -$107.62 |

## COMPLETELY FREE - 803051311

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/25/2016 | Beginning Balance | $194.66 |
| | 3 Credit(s) This Period | $54,159.00 |
| | 33 Debit(s) This Period | -$54,461.28 |
| 07/25/2016 | Ending Balance | -$107.62 |
| | Service Charges | $5.00 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **06/25/2016** | **Beginning Balance** | | | **$194.66** |
| 06/27/2016 | ACA CARE FINANCIAL POS<br>877-228-8773  OR US      000960<br>***********2533 226147000213775 | $52.79 | | $141.87 |
| 06/28/2016 | THE UPS STORE #3012 POS<br>NASHVILLE    TN US      000842<br>***********2533 579068401409462 | $31.35 | | $110.52 |
| 06/29/2016 | GREEN FLEET HUB POS<br>NASHVILLE    TN US      100629<br>***********2533 62934830 | $75.00 | | $35.52 |
| 07/01/2016 | INTERNET TFR FRM CHK 0803051338 | | $21,888.00 | $21,923.52 |
| 07/02/2016 | SS4* RUSHFORCEEXTREME POS<br>866-6292824  CA US      900012<br>***********2533 76485538 | $89.16 | | $21,834.36 |

 EQUAL HOUSING LENDER  Member FDIC

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 44 of 119 PageID #: 463

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

Current Balance From Statement          $ _____

Add: Deposits NOT Included in This Statement          _____

Total          $ _____

Less: Checks/Withdrawals Outstanding          _____

Revised Current Balance          $ _____

Checkbook Balance          $ _____

Add: Interest Earned          $ _____

Less: Service Charges          _____

Revised Checkbook Balance          $ _____          *THESE TOTALS SHOULD AGREE

**IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:**

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction.  Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



**PIONEER BANK**

### *Statement Ending 07/25/2016*

*CRAIG CUNNINGHAM OR*                    Page 3 of 6
*Account Number: 803051311*

## COMPLETELY FREE - 803051311 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/02/2016 | BURGER KING #4381 POS | $4.64 | | $21,829.72 |
| | *SHERMAN    TX US    207299* | | | |
| | ************2533 00576783 | | | |
| 07/02/2016 | TLO TRANSUNION POS | $25.00 | | $21,804.72 |
| | *561-988-4200  FL US    027962* | | | |
| | ************2533    0001 | | | |
| 07/02/2016 | KROGER SOUTHWEST POS | $801.38 | | $21,003.34 |
| | *PLANO    TX US    030807* | | | |
| | ************2533 10056330 | | | |
| 07/05/2016 | KROGER SOUTHWEST POS | $801.38 | | $20,201.96 |
| | *PLANO    TX US    030904* | | | |
| | ************2533 10056330 | | | |
| 07/06/2016 | CHASE EPAY MOBIL 160705 WEB | $2,000.00 | | $18,201.96 |
| 07/06/2016 | THE UPS STORE #3012 POS | $32.10 | | $18,169.86 |
| | *NASHVILLE    TN US    000345* | | | |
| | ************2533 579068401409462 | | | |
| 07/06/2016 | EUROPA 8004474795 POS | $470.40 | | $17,699.46 |
| | *704-405-2022  NC US    200521* | | | |
| | ************2533 03868521 | | | |
| 07/07/2016 | DISCOVER E-PAYMENT 160706 WEB | $1,089.07 | | $16,610.39 |
| 07/07/2016 | GREEN FLEET HUB POS | $75.00 | | $16,535.39 |
| | *NASHVILLE    TN US    100656* | | | |
| | ************2533 65683111 | | | |
| 07/08/2016 | CHASE EPAY MOBIL 160707 WEB | $12,000.00 | | $4,535.39 |
| 07/08/2016 | BANK OF AMERICA ONLINE XFR 160708 WEB | $1,200.00 | | $3,335.39 |
| 07/11/2016 | DISCOVER E-PAYMENT 160708 WEB | $1,200.00 | | $2,135.39 |
| 07/11/2016 | PRUDENT STORE POS | $20.48 | | $2,114.91 |
| | *PLANO    TX US    086045* | | | |
| | ************2533 29515301 | | | |
| 07/11/2016 | KROGER SOUTHWEST POS | $999.69 | | $1,115.22 |
| | *PLANO    TX US    030194* | | | |
| | ************2533 10056330 | | | |
| 07/12/2016 | THE UPS STORE #3012 POS | $28.70 | | $1,086.52 |
| | *NASHVILLE    TN US    000650* | | | |
| | ************2533 579068401409462 | | | |
| 07/12/2016 | USPS 48436195520200721 POS | $7.36 | | $1,079.16 |
| | *IRVING    TX US    418227* | | | |
| | ************2533 099 | | | |
| 07/12/2016 | KROGER SOUTHWEST POS | $400.69 | | $678.47 |
| | *PLANO    TX US    030214* | | | |
| | ************2533 10056330 | | | |
| 07/15/2016 | ACA CARE FINANCIAL POS | $19.95 | | $658.52 |
| | *877-228-8773  OR US    000563* | | | |
| | ************2533 226147000213775 | | | |
| 07/15/2016 | ACA CARE FINANCIAL POS | $100.47 | | $558.05 |
| | *877-228-8773  OR US    000563* | | | |
| | ************2533 226147000213775 | | | |
| 07/15/2016 | INTERNET TFR FRM CHK 0803051338 | | $27,271.00 | $27,829.05 |
| 07/15/2016 | KROGER SOUTHWEST POS | $326.09 | | $27,502.96 |
| | *PLANO    TX US    030309* | | | |
| | ************2533 10056330 | | | |
| 07/16/2016 | EUROPA 8004474795 POS | $604.30 | | $26,898.66 |
| | *704-405-2022  NC US    200521* | | | |
| | ************2533 03868521 | | | |
| 07/18/2016 | CHASE EPAY MOBIL 160715 WEB | $12,913.44 | | $13,985.22 |
| 07/19/2016 | THE UPS STORE #3012 POS | $26.16 | | $13,959.06 |
| | *NASHVILLE    TN US    000694* | | | |
| | ************2533 579068401409462 | | | |
| 07/19/2016 | EUROPA 8004474795 POS | $18,848.69 | | -$4,889.63 |
| | *704-405-2022  NC US    200521* | | | |
| | ************2533 03868521 | | | |
| 07/19/2016 | OVERDRAFT FEE FOR PAID | $33.00 | | -$4,922.63 |

| CRAIG CUNNINGHAM OR | 803051311 | Statement Ending 07/25/2016 | Page 4 of 6 |

## COMPLETELY FREE - 803051311 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| | | | $5,000.00 | $77.37 |
| 07/19/2016 | WIRE FROM CRAIG CUNNINGHAM 5543 E | | | $72.37 |
| 07/19/2016 | WIRE FEE | $5.00 | | $70.38 |
| 07/19/2016 | SLMCOFC* SLIMCOFFEECAPS POS | $1.99 | | |
| | 800-8654097  CA US     900012 | | | |
| | ************2533  75980259 | | | |
| 07/23/2016 | GREEN FLEET HUB POS | $145.00 | | -$74.62 |
| | NASHVILLE    TN US    100774 | | | |
| | ************2533  77480423 | | | |
| 07/23/2016 | OVERDRAFT FEE FOR PAID | $33.00 | | -$107.62 |
| 07/25/2016 | Ending Balance | | | -$107.62 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $66.00 | $231.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

YOU HAVE BEEN PAYING MULTIPLE OVERDRAFT FEES AND THERE MAY BE A LESS EXPENSIVE ALTERNATIVE PRODUCT THAT MAY BETTER SUIT YOUR NEEDS. PLEASE CALL YOUR LOCAL BRANCH TO DISCUSS OTHER OPTIONS AVAILABLE TO YOU



The Image for this Item
could not be located

#0            07/19/16            $5,000.00

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 48 of 119 PageID #: 467

THIS PAGE LEFT INTENTIONALLY BLANK



**September 2015**

Reporting Activity 08/26 - 09/25          Page 1 of 6

PO Box 130
Roswell, NM 88202

ADDRESS SERVICE REQUESTED

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

### Managing Your Accounts

| | | |
|---|---|---|
| Customer Care Center: | (575) 624-5200 |
| Tele-Banking: | (575) 627-4400 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 130 Roswell, NM 88202 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 0803051338 | $0.47 |
| **Total Current Value** | | **$0.47** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## BUSINESS FREE-0803051338

### Account Summary

| Date | Description | |
|---|---|---|
| 08/26/2015 | Beginning Balance | $0.31 |
| | Service charges | $5.00 |
| | Total debits this period | $97,067.78 |
| | Total credits this period | $97,072.94 |
| 09/25/2015 | Ending Balance | $0.47 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/26/2015 | Beginning Balance | | | $0.31 |
| 09/08/2015 | INTERNET  TFR FRM CHK  0803051311 | | $12.00 | $12.31 |



EQUAL HOUSING LENDER  Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

Current Balance From Statement    $ _____

Add:
Deposits NOT Included in This Statement    _____   _____   _____   _____

Total    $ _____

Less:
Checks/Withdrawals Outstanding    _____

Revised Current Balance    $ _____

Checkbook Balance    $ _____

Add:
Interest Earned    _____

Less:
Service Charges    _____

Revised Checkbook Balance    $ _____

**IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:**

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction.  Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
        need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



## September 2015

Reporting Activity 08/26 - 09/25          Page 3 of 6

## BUSINESS FREE-0803051338 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/15/2015 | INTERACTIVE BROK ACH TRANSF 150914 PPD | | $0.32 | $12.63 |
| 09/15/2015 | INTERACTIVE BROK ACH TRANSF 150914 PPD | | $0.46 | $13.09 |
| 09/15/2015 | INTERACTIVE BROK ACH TRANSF 150914 WEB | -$0.78 | | $12.31 |
| 09/15/2015 | WIRE FROM GRANITE ENTERPRISES 412 12 REF #000973092 | | $95,463.00 | $95,475.31 |
| 09/15/2015 | WIRE FEE 12 REF #000973092 | -$5.00 | | $95,470.31 |
| 09/15/2015 | INTERNET TFR TO CHK 0803051311 | -$95,000.00 | | $470.31 |
| 09/15/2015 | DEPOSIT HOBBS JOE HARVE | | $291.90 | $762.21 |
| 09/21/2015 | INTERNET TFR TO CHK 0803051311 | -$762.00 | | $0.21 |
| 09/24/2015 | AMAZON.COM Marketplac 150924 CCD NOP77BNRB0QQ1EE | | $945.26 | $945.47 |
| 09/24/2015 | INTERNET TFR TO CHK 0803051311 | -$945.00 | | $0.47 |
| 09/24/2015 | DEPOSIT HOBBS BRANCH | | $360.00 | $360.47 |
| 09/25/2015 | INTERNET TFR TO CHK 0803051311 | -$360.00 | | $0.47 |
| 09/25/2015 | Ending Balance | | | $0.47 |

### Checks Cleared

| Check Date | Check Number | Check Amount |
|---|---|---|
| 09/15/2015 | 12 | $95,463.00 |

* Indicates skipped check number

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 52 of 119 PageID #: 471



THIS PAGE LEFT INTENTIONALLY BLANK

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 53 of 119 PageID #: 472



CHECKING DEPOSIT

DATE 9-15-15
NAME Granite Enterprises          291 90
APPROVAL
SIGNATURE

0803051354          291.90

#          20150915          $291.90

CHECKING DEPOSIT

DATE 9/17/205
NAME Granite Enterprises          360 00
APPROVAL
SIGNATURE

0803051338          36000

#          20150924          $360.00

THIS PAGE LEFT INTENTIONALLY BLANK



**PIONEER BANK**

PO BOX 130
ROSWELL NM 88202

ADDRESS SERVICE REQUESTED

CRAIG CUNNINGHAM OR
MARICEL CATALAN FORTEZA
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

### *Statement Ending 08/25/2016*

CRAIG CUNNINGHAM OR                                   Page 1 of 6
Account Number: 803051311

## *Managing Your Accounts*

| | | |
|---|---|---|
| | Customer Care Center: | (575) 782-2424 |
| | Tele-Banking | (575) 782-2424 |
| | Toll-Free: | (800) 624-5200 |
| | Online: | www.pioneerbnk.com |
| | Mailing: | PO Box 972178 El Paso, NM 79905 |

## *Summary of Accounts*

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMPLETELY FREE | 803051311 | -$135.39 |

## COMPLETELY FREE - 803051311

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/26/2016 | Beginning Balance | -$107.62 |
| | 8 Credit(s) This Period | $42,738.53 |
| | 33 Debit(s) This Period | -$42,766.30 |
| 08/25/2016 | Ending Balance | -$135.39 |
| | Service Charges | $3.50 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/26/2016** | **Beginning Balance** | | | **-$107.62** |
| 07/26/2016 | THE UPS STORE #3012 POS NASHVILLE   TN US   000642 ************2533  579068401409462 | $37.24 | | -$144.86 |
| 07/26/2016 | OVERDRAFT FEE FOR PAID | $33.00 | | -$177.86 |
| 07/26/2016 | ACA CARE FINANCIAL POS 877-228-8773  OR US   000784 ************2533  226147000213775 | $52.79 | | -$230.65 |
| 07/26/2016 | OVERDRAFT FEE FOR PAID | $33.00 | | -$263.65 |
| 07/29/2016 | INTERNET TFR FRM CHK 0803051338 | | $19,183.00 | $18,919.35 |
| 07/29/2016 | KROGER SOUTHWEST POS PLANO   TX US   500059 ************2533  10056350 | $56.37 | | $18,862.98 |
| 07/29/2016 | KROGER SOUTHWEST POS | $80.38 | | $18,782.60 |



LENDER  Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

**CHECKS/WITHDRAWALS OUTSTANDING**

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

Current Balance
From Statement            $ _____

Add:
Deposits
NOT Included in
This Statement

Total                     $ _____

Less:
Checks/Withdrawals
Outstanding

Revised Current
Balance                   $ _____

Checkbook Balance         $ _____

Add:
Interest Earned           $ _____

Less:
Service Charges

Revised Checkbook
Balance                   $ _____

**IF YOUR ACCOUNT DOES NOT
BALANCE, PLEASE CHECK THE
FOLLOWING CAREFULLY:**

☐ HAVE YOU CORRECTLY ENTERED
THE AMOUNT OF EACH
CHECK/WITHDRAWAL IN YOUR
CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR
DEPOSITS ENTERED IN YOUR
CHECKBOOK REGISTER THE SAME
AS THOSE SHOWN ON THIS
STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS
BEEN DEDUCTED FROM YOUR
CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL
ADDITIONS AND SUBTRACTIONS IN
YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT
BALANCES FORWARD WHEN
WRITING CHECKS/WITHDRAWALS
OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK
CARD AND AUTOMATIC TRANSFER
TRANSACTIONS IN YOUR
CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction.  Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no llater than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1)  Tell us your name and account number.
   (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
       need more information.
   (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



**Statement Ending 08/25/2016**

*CRAIG CUNNINGHAM OR*                    Page 3 of 6
*Account Number: 803051311*

## COMPLETELY FREE - 803051311 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|-------:|--------:|--------:|
| | PLANO       TX US     030776 | | | |
| | ************2533 10056330 | | | |
| 07/30/2016 | EUROPA 8004474795 POS | $9,104.86 | | $9,677.74 |
| | 704-405-2022 NC US    200521 | | | |
| | ************2533 03868521 | | | |
| 07/30/2016 | 206 W FM 544 ATM | $400.00 | | $9,277.74 |
| | MURPHY       TX US     348973 | | | |
| | ************2533 TX6068 | | | |
| 07/30/2016 | ATM WITHDRAWAL FEE | $1.75 | | $9,275.99 |
| 07/30/2016 | TERMINAL SURCHARGE | $3.00 | | $9,272.99 |
| 08/01/2016 | * MURPHY ATM | $400.00 | | $8,872.99 |
| | MURPHY       TX US     131425 | | | |
| | ************2533 ITXD3401 | | | |
| 08/01/2016 | ATM WITHDRAWAL FEE | $1.75 | | $8,871.24 |
| 08/01/2016 | TERMINAL SURCHARGE | $3.00 | | $8,868.24 |
| 08/01/2016 | CHASE EPAY MOBIL 160729 WEB | $300.00 | | $8,568.24 |
| 08/01/2016 | BenTrans BenTrans 160729 WEB | $317.57 | | $8,250.67 |
| 08/01/2016 | DISCOVER E-PAYMENT 160730 WEB | $300.00 | | $7,950.67 |
| 08/01/2016 | BANK OF AMERICA ONLINE XFR 160801 WEB | $3,000.00 | | $4,950.67 |
| 08/01/2016 | CHECK NUMBER 1001 REF #992003813 | $4,500.00 | | $450.67 |
| 08/02/2016 | SENIOR LIFE INSU PREMIUM 160802 PPD | $54.91 | | $395.76 |
| 08/02/2016 | THE UPS STORE #3012 POS | $28.04 | | $367.72 |
| | NASHVILLE    TN US     000594 | | | |
| | ************2533 579068401409462 | | | |
| 08/02/2016 | TLO TRANSUNION POS | $25.00 | | $342.72 |
| | 561-988-4200 FL US    027917 | | | |
| | ************2533    0001 | | | |
| 08/03/2016 | CIGNA-LOYAL PREMIUM 160801 PPD | $75.00 | | $267.72 |
| 08/03/2016 | CIGNA-LOYAL PREMIUM 160801 PPD | $70.00 | | $197.72 |
| 08/03/2016 | SS4* RUSHFORCEEXTREME POS | $93.15 | | $104.57 |
| | 866-6292824 CA US    900015 | | | |
| | ************2533 76485538 | | | |
| 08/09/2016 | VISA DISPUTE- PRV CRDT | | $89.16 | $193.73 |
| 08/10/2016 | BenTrans BenTrans 160729 WEB | | $317.57 | $511.30 |
| | RETURN | | | |
| 08/12/2016 | UPS* 1Z1909300332178620 POS | $44.98 | | $466.32 |
| | 800-811-1648 GA US    000576 | | | |
| | ************2533 666057000972554 | | | |
| 08/12/2016 | UPS* 1Z1909300320022015 POS | $44.98 | | $421.34 |
| | 800-811-1648 GA US    000576 | | | |
| | ************2533 666057000972554 | | | |
| 08/12/2016 | INTERNET TFR FRM CHK 0803051338 | | $23,069.00 | $23,490.34 |
| 08/16/2016 | DISCOVER E-PAYMENT 160815 WEB | $9,377.53 | | $14,112.81 |
| 08/18/2016 | BANK OF AMERICA ONLINE XFR 160818 WEB | $3,000.00 | | $11,112.81 |
| 08/18/2016 | CHECK NUMBER 1002 REF #992007590 | $4,800.00 | | $6,312.81 |
| 08/19/2016 | CHECK NUMBER 1003 REF #992011266 | $4,000.00 | | $2,312.81 |
| 08/22/2016 | CHECK NUMBER 1004 REF #992013622 | $1,000.00 | | $1,312.81 |
| 08/22/2016 | CHECK NUMBER 1005 REF #992013370 | $1,495.00 | | -$182.19 |
| 08/22/2016 | OVERDRAFT FEE FOR PAID 1005 | $33.00 | | -$215.19 |
| 08/23/2016 | ACA CARE FINANCIAL POS | | $19.95 | -$195.24 |
| | 877-228-8773 OR US    000620 | | | |
| | ************2533 226147000213775 | | | |
| 08/23/2016 | ACA CARE FINANCIAL POS | | $19.95 | -$175.29 |
| | 877-228-8773 OR US    000620 | | | |
| | ************2533 226147000213775 | | | |
| 08/23/2016 | ACA CARE FINANCIAL POS | | $19.95 | -$155.34 |
| | 877-228-8773 OR US    000620 | | | |
| | ************2533 226147000213775 | | | |
| 08/23/2016 | ACA CARE FINANCIAL POS | | $19.95 | -$135.39 |
| | 877-228-8773 OR US    000620 | | | |
| | ************2533 226147000213775 | | | |
| 08/25/2016 | Ending Balance | | | -$135.39 |

## COMPLETELY FREE - 803051311 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 08/01/2016 | $4,500.00 | 1003 | 08/19/2016 | $4,000.00 | 1005 | 08/22/2016 | $1,495.00 |
| 1002 | 08/18/2016 | $4,800.00 | 1004 | 08/22/2016 | $1,000.00 | | | |

* Indicates skipped check number

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $99.00 | $330.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

YOU HAVE BEEN PAYING MULTIPLE OVERDRAFT FEES AND THERE MAY BE A LESS EXPENSIVE ALTERNATIVE PRODUCT THAT MAY BETTER SUIT YOUR NEEDS. PLEASE CALL YOUR LOCAL BRANCH TO DISCUSS OTHER OPTIONS AVAILABLE TO YOU

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 59 of 119 PageID #: 478



#1001        08/01/16        $4,500.00

#1002        08/18/16        $4,800.00

#1003        08/19/16        $4,000.00

#1004        08/22/16        $1,000.00

#1005        08/22/16        $1,495.00

THIS PAGE LEFT INTENTIONALLY BLANK



PO Box 130
Roswell, NM 88202

## December 2015

Reporting Activity 11/26 - 12/24                    Page 1 of 4

ADDRESS SERVICE REQUESTED

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

### Managing Your Accounts

| | | |
|---|---|---|
| Customer Care Center: | (575) 624-5200 |
| Tele-Banking: | (575) 627-4400 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 130 Roswell, NM 88202 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 0803051338 | $0.29 |
| **Total Current Value** | | **$0.29** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## BUSINESS FREE-0803051338

### Account Summary

| Date | Description | |
|---|---|---|
| 11/26/2015 | Beginning Balance | $0.86 |
| | Service charges | $0.00 |
| | Total debits this period | $42,762.00 |
| | Total credits this period | $42,761.43 |
| 12/24/2015 | Ending Balance | $0.29 |

## View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/26/2015 | Beginning Balance | | | $0.86 |
| 12/03/2015 | AMZNIHPCWZBX Marketplac 151203 CCD YT0ZGOEBRMXJQZY | | $16,673.03 | $16,673.89 |



Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

Current Balance
From Statement                        $ _____

Add:
Deposits
NOT Included in
This Statement                        _____

Total                                 $ _____

Less:
Checks/Withdrawals
Outstanding                           _____

Revised Current
Balance                               $ _____

Checkbook Balance                     $ _____

Add:
Interest Earned                       $ _____

Less:
Service Charges                       _____

Revised Checkbook
Balance                               _____

IF YOUR ACCOUNT DOES NOT
BALANCE, PLEASE CHECK THE
FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED
THE AMOUNT OF EACH
CHECK/WITHDRAWAL IN YOUR
CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR
DEPOSITS ENTERED IN YOUR
CHECKBOOK REGISTER THE SAME
AS THOSE SHOWN ON THIS
STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS
BEEN DEDUCTED FROM YOUR
CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL
ADDITIONS AND SUBTRACTIONS IN
YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT
BALANCES FORWARD WHEN
WRITING CHECKS/WITHDRAWALS
OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK
CARD AND AUTOMATIC TRANSFER
TRANSACTIONS IN YOUR
CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



### December 2015

*Reporting Activity 11/26 - 12/24*            Page 3 of 4

## BUSINESS FREE-0803051338 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/03/2015 | INTERNET TFR TO CHK 0803051311 | -$16,673.00 | | $0.89 |
| 12/09/2015 | REMOTE DEPOSIT | | $136.29 | $137.18 |
| 12/11/2015 | INTERNET TFR TO CHK 0803051311 | -$137.00 | | $0.18 |
| 12/17/2015 | AMZNII9D2Y6R Marketplac 151217 CCD | | $25,952.11 | $25,952.29 |
| | RDPKI3DIZV042YJ | | | |
| 12/17/2015 | INTERNET TFR TO CHK 0803051311 | -$25,952.00 | | $0.29 |
| 12/24/2015 | Ending Balance | | | $0.29 |

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 64 of 119 PageID #: 483



THIS PAGE LEFT INTENTIONALLY BLANK



**PO Box 130**
**Roswell, NM 88202**

## June 2016

*Reporting Activity 05/26 - 06/24*          *Page 1 of 8*

ADDRESS SERVICE REQUESTED

CRAIG CUNNINGHAM OR
MARICEL CATALAN FORTEZA
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

### Managing Your Accounts

| | | |
|---|---|---|
| | Customer Care Center: | (575) 624-5200 |
| | Tele-Banking: | (575) 627-4400 |
| | Toll-Free: | (800) 624-5200 |
| | Online: | www.pioneerbnk.com |
| | Mailing: | PO Box 130 Roswell, NM 88202 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMPLETELY FREE | 0803051311 | $194.66 |
| **Total Current Value** | | **$194.66** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## COMPLETELY FREE-0803051311

### Account Summary

| Date | Description | |
|---|---|---|
| 05/26/2016 | Beginning Balance | $6,278.16 |
| | Service charges | $5.25 |
| | Total debits this period | $69,003.64 |
| | Total credits this period | $62,925.39 |
| 06/24/2016 | **Ending Balance** | **$194.66** |



EQUAL HOUSING
LENDER   Member FDIC

### HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

### HOW TO BALANCE YOUR CHECKING ACCOUNT

**CHECKS/WITHDRAWALS OUTSTANDING**

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

Current Balance From Statement          $ _____

Add:
Deposits NOT Included in This Statement          _____
                                                 _____

Total          $ _____

Less:
Checks/Withdrawals Outstanding          _____

Revised Current Balance          $ _____

Checkbook Balance          $ _____

Add:
Interest Earned          _____

Less:
Service Charges          _____

Revised Checkbook Balance          _____

**IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:**

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 85202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
        need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



## June 2016

## COMPLETELY FREE-0803051311 (continued)

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/26/2016 | Beginning Balance | | | $6,278.16 |
| 05/26/2016 | ACA CARE FINANCIAL          POS | -$52.79 | | $6,225.37 |
| | 877-228-8773  OR US      000004 | | | |
| | ************2533 226147000213775 | | | |
| 05/31/2016 | CHASE EPAY MOBIL 160527 WEB | -$1,000.00 | | $5,225.37 |
| 06/02/2016 | CHASE EPAY MOBIL 160601 WEB | -$1,000.00 | | $4,225.37 |
| 06/02/2016 | DISCOVER E-PAYMENT 160601 WEB | -$1,000.00 | | $3,225.37 |
| 06/02/2016 | TLO TRANSUNION          POS | -$25.00 | | $3,200.37 |
| | 561-988-4200  FL US      027241 | | | |
| | ************2533      0001 | | | |
| 06/03/2016 | INTERNET  TFR FRM CHK  0803051338 | | $27,147.00 | $30,347.37 |
| 06/06/2016 | CHASE EPAY MOBIL 160603 WEB | -$15,914.38 | | $14,432.99 |
| 06/13/2016 | CHASE EPAY MOBIL 160610 WEB | -$100.00 | | $14,332.99 |
| 06/13/2016 | KROGER SOUTHWEST          POS | -$999.69 | | $13,333.30 |
| | PLANO      TX US      030089 | | | |
| | ************2533 10056330 | | | |
| 06/13/2016 | 750 RIVERFRONT BLVD          ATM | -$300.00 | | $13,033.30 |
| | DALLAS      TX US      583015 | | | |
| | ************2533  SE276880 | | | |
| 06/13/2016 | ATM WITHDRAWAL FEE | -$1.75 | | $13,031.55 |
| 06/13/2016 | TERMINAL SURCHARGE | -$2.50 | | $13,029.05 |
| 06/13/2016 | 4401 W GREEN OAKS BLVD          ATM | -$400.00 | | $12,629.05 |
| | ARLINGTON   TX US      607750 | | | |
| | ************2533  SE274105 | | | |
| 06/13/2016 | ATM WITHDRAWAL FEE | -$1.75 | | $12,627.30 |
| 06/13/2016 | TERMINAL SURCHARGE | -$2.50 | | $12,624.80 |
| 06/13/2016 | KROGER SOUTHWEST          POS | -$999.69 | | $11,625.11 |
| | PLANO      TX US      030130 | | | |
| | ************2533 10056330 | | | |



## June 2016

**Reporting Activity 05/26 - 06/24**      *Page 4 of 8*

## COMPLETELY FREE-0803051311 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/14/2016 | KROGER SOUTHWEST         POS<br>PLANO      TX US      030180<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 10056330 | -$999.69 | | $10,625.42 |
| 06/15/2016 | CHASE EPAY MOBIL 160614 WEB | -$6,577.53 | | $4,047.89 |
| 06/15/2016 | ACA CARE FINANCIAL         POS<br>877-228-8773  OR US      000913<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 226147000213775 | -$100.47 | | $3,947.42 |
| 06/15/2016 | ACA CARE FINANCIAL         POS<br>877-228-8773  OR US      000913<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 226147000213775 | -$19.95 | | $3,927.47 |
| 06/15/2016 | THE UPS STORE #3012         POS<br>NASHVILLE      TN US      000773<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 579068401409462 | -$46.72 | | $3,880.75 |
| 06/15/2016 | KROGER SOUTHWEST         POS<br>MANSFIELD      TX US      030668<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 10058430 | -$667.69 | | $3,213.06 |
| 06/16/2016 | KROGER SOUTHWEST         POS<br>PLANO      TX US      030259<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 10056330 | -$999.69 | | $2,213.37 |
| 06/17/2016 | SLMCOFC\*SLIMCOFFEECAPS         POS<br>800-8654097  CA US      900019<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 75980259 | -$1.99 | | $2,211.38 |
| 06/17/2016 | SS4\*RUSHFORCEEXTREME         POS<br>866-6292824  CA US      900010<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 76485538 | -$3.99 | | $2,207.39 |
| 06/17/2016 | INTERNET  TFR FRM CHK  0803051338 | | $35,778.00 | $37,985.39 |
| 06/20/2016 | CHASE EPAY MOBIL 160617 WEB | -$10,023.32 | | $27,962.07 |
| 06/20/2016 | DISCOVER E-PAYMENT 160617 WEB | -$9,406.40 | | $18,555.67 |
| 06/20/2016 | CHECK NUMBER 1000<br>REF #992006584 | -$12,000.00 | | $6,555.67 |
| 06/21/2016 | CHASE EPAY MOBIL 160620 WEB | -$5,124.27 | | $1,431.40 |
| 06/21/2016 | 1825 MARKET CENTER BLVD         ATM<br>DALLAS      TX US      762409<br>\*\*\*\*\*\*\*\*\*\*\*\*2533 TX4297 | -$300.00 | | $1,131.40 |
| 06/21/2016 | ATM WITHDRAWAL FEE | -$1.75 | | $1,129.65 |



**June 2016**

*Reporting Activity 05/26 - 06/24*                    *Page 5 of 8*

## COMPLETELY FREE-0803051311 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/21/2016 | TERMINAL SURCHARGE | -$3.00 | | $1,126.65 |
| 06/22/2016 | THE UPS STORE #3012        POS | -$31.00 | | $1,095.65 |
| | NASHVILLE    TN US    000633 | | | |
| | ************2533  579068401409462 | | | |
| 06/22/2016 | BANK OF AMERICA TRIALCREDT 160622 PPD | | $0.26 | $1,095.91 |
| 06/22/2016 | BANK OF AMERICA TRIALCREDT 160622 PPD | | $0.13 | $1,096.04 |
| 06/23/2016 | KROGER SOUTHWEST         POS | -$901.38 | | $194.66 |
| | PLANO     TX US    030484 | | | |
| | ************2533  10056330 | | | |
| 06/24/2016 | Ending Balance | | | $194.66 |

### Checks Cleared

| Check Date | Check Number | Check Amount |
|---|---|---|
| 06/20/2016 | 1000 | $12,000.00 |

\* Indicates skipped check number

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees and Item Paid Fees | $0.00 | $165.00 |
| Total Items Return Fees | $0.00 | $0.00 |

YOU HAVE BEEN PAYING MULTIPLE OVERDRAFT FEES AND THERE MAY BE A LESS EXPENSIVE ALTERNATIVE PRODUCT THAT MAY BETTER SUIT YOUR NEEDS. PLEASE CALL YOUR LOCAL BRANCH TO DISCUSS OTHER OPTIONS AVAILABLE TO YOU



## June 2016

**Reporting Activity 05/26 - 06/24**            **Page 6 of 8**

THIS PAGE LEFT INTENTIONALLY BLANK

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 71 of 119 PageID #: 490



Craig Cunningham
Craig cunningham
9343 Edmondson Pike
ste 956
Nashville, TN 37211

1000

6-17-2016

Pay to the Order of   New Country LLC                    $ 12,000

Twelve Thousand Dollars and 00/100        Dollars

Pioneer Bank

For  Payment

⑈311⑈27046⑈080305131⑈1000

#1000          20160620     $12,000.00

THIS PAGE LEFT INTENTIONALLY BLANK



PO Box 130
Roswell, NM 88202

ADDRESS SERVICE REQUESTED

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

## *November 2015*

Reporting Activity 10/24 - 11/25          *Page 1 of 4*

### *Managing Your Accounts*

| | | |
|---|---|---|
| Customer Care Center: | (575) 624-5200 |
| Tele-Banking: | (575) 627-4400 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 130 Roswell, NM 88202 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 0803051338 | $0.86 |
| **Total Current Value** | | **$0.86** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## BUSINESS FREE-0803051338

### Account Summary

| Date | Description | |
|---|---|---|
| 10/24/2015 | **Beginning Balance** | **$0.72** |
| | Service charges | $0.00 |
| | Total debits this period | $20,010.00 |
| | Total credits this period | $20,010.14 |
| 11/25/2015 | **Ending Balance** | **$0.86** |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/24/2015 | Beginning Balance | | | $0.72 |
| 11/05/2015 | AMZNIGLCN40N Marketplac 151105 CCD WNIU3DYK5L9V8MM | | $13,406.69 | $13,407.41 |



EQUAL HOUSING
LENDER   Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

Current Balance From Statement      $ _____

Add:
Deposits
NOT Included in
This Statement      _____

Total      $ _____

Less:
Checks/Withdrawals
Outstanding

Revised Current Balance      $ _____

Checkbook Balance      $ _____

Add:
Interest Earned      $ _____

Less:
Service Charges

Revised Checkbook Balance      _____      *THESE TOTALS SHOULD AGREE

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction.  Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
        need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



**November 2015**

## BUSINESS FREE-0803051338 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/05/2015 | INTERNET  TFR TO  CHK  0803051311 | -$13,400.00 | | $7.41 |
| 11/19/2015 | AMZNIH5CR2D9 Marketplac 151119 CCD | | $6,603.45 | $6,610.86 |
| | N4V1SDJMGYXYPWU | | | |
| 11/19/2015 | INTERNET  TFR TO  CHK  0803051311 | -$6,610.00 | | $0.86 |
| 11/25/2015 | Ending Balance | | | $0.86 |

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 76 of 119 PageID #: 495



THIS PAGE LEFT INTENTIONALLY BLANK



**ACRA**net
THE INFORMATION NETWORK

2139 TAPO ST #221
SIMI VALLEY, CA 93063

Tel: (800) 435-7193
(805) 409-4117
Fax: (805) 527-0550
E-Mail: donotreply@acranet.com

## ACRAnet

REQUESTED BY

# SHORE FUNDING SOLUTIONS

3 HUNTINGTON QUAD STE 407N MELVILLE, NY 11747

| | | | | | |
|---|---|---|---|---|---|
| Attention: | MSESSION | **Prepared By:** | | **Report Type:** | EQUIFAX |
| Reference #: | CQH3O-1121719 | Request Date: | 8/29/2016 | **Sources:** | EFX |
| Password: | 8nJjIHQ5DN | Completed Date: | 8/29/2016 | **Loan Type:** | |
| Client Loan #: | | Client #: | 5658 | **ECOA Type:** | INDIVIDUAL |
| AUS Reference #: | | | | Price: $ 8.25   Tax: $ 0.00   Total: $ 8.25 | |
| Loan Officer: | | | | | |

## Applicant Information

| | | | |
|---|---|---|---|
| Applicant: | CUNNINGHAM, CRAIG | DOB: | SSN#: 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 |
| Street Address: | 5543 EDMONSON PIKE | Marital Status: | |
| City, State, Zip: | NASHVILLE, TN 37211 | Own/Rent: | |
| Length of Time: | | Dependants: | |
| Property: | | | |

[ Pulse ]   [ Check-Up ]

## Score Information

| | | | |
|---|---|---|---|
| EFX BEACON 5.0 | **732** | Range 334 to 818 | FOR: CUNNINGHAM, CRAIG |
| | | Score Date: 8/29/2016 | EFX-1 |

Reason Codes:  10  08  30  11

## Employment Information

| Applicant | Applicant |
|---|---|
| Employer: | Employer: |
| Position Held: | Position Held: |
| Start/Stop Dates: | Start/Stop Dates: |
| Income: | Income: |
| Verified By/Date: | Verified By/Date: |

## Trade Information

| Creditor Name / Account Number | Date Reported / DLA | Date Opened | High Credit / Credit Limit | Balance Owing | Terms / Acct. Type | Current Status / ECOA | #Mo | Times Past Due 30 | 60 | 90 | Past Due / Last Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USD/GLELSI | 06/16 | 07/15 | 69291 | 69291 | 369 | CURR | 11 | 0 | 0 | 0 | |
| 3989332277777581 | 06/16 | | | | INST | I | | | | | EFX-1 |
| STUDENT LOAN | | | | | | | | | | | |
| CHASE CARD | 08/16 | 10/14 | | 15195 | 151 | CURR | 21 | 0 | 0 | 0 | |
| 414720223448 | 08/16 | | 17000 | | REV | I | | | | | EFX-1 |
| FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | | |
| BARCLAYSBK | 11/13 | 01/06 | 1000 | 0 | | CURR | 93 | 0 | 0 | 0 | |
| 2513761 | 08/07 | | | | REV | I | | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| BARCLAYSBK | 11/13 | 01/06 | 1000 | 0 | | CURR | 94 | 0 | 0 | 0 | |
| 2513800 | 02/08 | | | | REV | I | | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| BK OF AMER | 08/07 | 06/06 | | 0 | | CURR | 13 | 0 | 0 | 0 | |
| 4888930098800086 | 08/07 | | 10000 | | REV | I | | | | | EFX-1 |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |

## Trade Information

| Creditor Name | Date Reported | Date Opened | High Credit | Balance Owing | Terms | Current Status | Historical Status | | | Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | DLA | | Credit Limit | | Acct Type | ECOA | #Mo | Times Past Due 30 | 60 90 | Last Past Due |
| BK OF AMER | 05/07 | 08/04 | | 0 | | CURR | 33 | 0 | 0   0 | |
| 74974694279578 | 05/07 | | 6000 | | REV | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CAP1/BSTBY | 07/09 | 05/04 | 625 | 0 | | CURR | 61 | 0 | 0   0 | |
| 169601-0238307226 | 05/05 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| CAP1/RMSTR | 08/09 | 01/04 | 1818 | 0 | | CURR | 66 | 0 | 0   0 | |
| 524631-1102443863 | 05/06 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| CHASE CARD | 01/10 | 06/06 | 600 | 0 | | CURR | 42 | 0 | 0   0 | |
| 4266841110228 | 11/09 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| CHASE CARD | 03/15 | 10/02 | 250 | 0 | | CURR | 99 | 0 | 0   0 | |
| 455990500121 | 11/07 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| CITI | 08/07 | 06/00 | 300 | 0 | | CURR | 86 | 0 | 0   0 | |
| 422398018335 | 08/05 | | | | REV | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| DISCOVER | 08/16 | 01/16 | 9800 | 0 | | CURR | 06 | 0 | 0   0 | |
| 601100952979 | 08/16 | | | | REV | I | | | | EFX-1 |
| CONSUMER DISPUTES THIS ACCOUNT INFORMATION | | | | | | | | | | |
| CREDIT CARD | | | | | | | | | | |
| MIL STAR | 08/08 | 11/05 | | 0 | | CURR | 33 | 0 | 0   0 | |
| 6019440007663010 | 11/05 | | 2500 | | REV | I | | | | EFX-1 |
| NAVY FCU | 08/16 | 04/14 | 25000 | 0 | | CURR | 28 | 0 | 0   0 | |
| 406005600868 | | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| CREDIT CARD | | | | | | | | | | |
| NAVY FCU | 10/14 | 04/14 | 15000 | 0 | | CURR | 05 | 0 | 0   0 | |
| 7024028255 | | | | | REV | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| TCM BANK | 04/10 | 02/03 | 5000 | 0 | | CURR | 77 | 0 | 0   0 | |
| 4080375770002054 | 02/06 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| USAA FSB | 07/07 | 05/02 | 25000 | 0 | 432 | CURR | 61 | 0 | 0   0 | |
| 30715361 | 07/07 | | | | INST | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| USAA FSB | 08/07 | 06/06 | 84000 | 0 | 1669 | CURR | 14 | 0 | 0   0 | |
| 44656247 | 08/07 | | | | INST | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| USD/GLELSI | 07/15 | 02/12 | 68859 | 0 | | CURR | 41 | 0 | 0   0 | |
| 2277798581 | 07/15 | | | | INST | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| STUDENT LOAN | | | | | | | | | | |

## Public Record Information

**No Public Records exist in this section.**

## Additional Address Information

### Current Address(es)

| Date Reported | Move In Date | Move Out Date | Length of Time | Rent Amount | Unit Number | Own/Rent/ Other | Number of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

5543 EDMONDSON PIKE STE 248,  NASHVILLE, TN 37211 — EFX-1
08/01/2016
Landlord/Mortgage Company:                          Phone:
Verified Date:                                      Verified By:

### Former Address(es)

| Date Reported | Move In Date | Move Out Date | Length of Time | Rent Amount | Unit Number | Own/Rent/ Other | Number of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

6131 MELODY LN,  DALLAS, TX 75231 — EFX-1
12/01/2014
Landlord/Mortgage Company:                          Phone:
Verified Date:                                      Verified By:

PO BOX 5543,  DALLAS, TX 37211 — EFX-1
03/01/2016
Landlord/Mortgage Company:                          Phone:
Verified Date:                                      Verified By:

## Inquiries
### In the last 120 days

| | | |
|---|---|---|
| CAP ONE | 8/29/2016 | EFX-1 |
| BK OF AMER | 8/24/2016 | EFX-1 |
| CBNA | 8/23/2016 | EFX-1 |
| CAP ONE | 8/23/2016 | EFX-1 |

## Collection Information

No Collections exist in this section.

## Source(s) of Information

| File Segment | File Holder Name | Social Security # | Address | DOB |
|---|---|---|---|---|
| EFX-1 | CUNNINGHAM, CRAIG | 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 | 5543 EDMONDSON PIKE STE 248, NASHVILLE, TN 37211 | 1980 |

Notice: This is a Merged report containing information supplied by the sources shown. The merge process is automated and the report may include some duplications and/or omissions.

## Creditor Information List

| Company | Phone | Address | City,State,Zip |
|---|---|---|---|
| ANB CC | (800) 368-4819 | | |
| BANKAMERIC | (800) 732-9194 | | |
| BNB BESTBY | (800) 365-0292 | | |
| CHASE BANK USA, NA | (800) 955-9900 | | |
| DISCOVR CD | (800) 347-2683 | | |
| JUNIPER BANK | (302) 888-1400 | | |
| MBNA AMER | (800) 421-2110 | | |
| MILITARY STAR | (877) 891-7827 | 3911 S. WALTON WALKER RD | DALLAS TX 75265 |
| NAVY FCU | | | |
| NAVY FCU | (800) 424-9990 | | |
| TCM BANK | (800) 883-0131 | | |
| US DEPT OF ED/GLELS | (800) 236-4300 | PO BOX 7860 | MADISON WI 53704 |
| USAA FSB | | | |

## Profile Summary

| Credit History Summary | Count | Available Credit | Balance | Payments | Past Due | Derogatory Summary | Count |
|---|---|---|---|---|---|---|---|
| Mortgage: | 0 | $0 | $0 | $0 | $0 | Charge Offs: | 0 |
| Auto: | 0 | $0 | $0 | $0 | $0 | Disputes: | 1 |
| Education: | 2 | $0 | $69291 | $369 | $0 | Collections: | 0 |
| Installment: | 2 | $0 | $0 | $0 | $0 | Incl. in Bankruptcy: | 0 |
| Open: | 0 | $0 | $0 | $0 | $0 | Late 30 Days: | 0 |
| Revolving: | 15 | $20305 | $15195 | $151 | $0 | Late 60 Days: | 0 |
| Other: | 0 | $0 | $0 | $0 | $0 | Late 90 Days: | 0 |
| Total: | 19 | $20305 | $84486 | $520 | $0 | Public Records: | 0 |
| Secured Debt: | $0 | | | | | Inquiries*: | 4 |
| Unsecured Debt: | $84486 | | | | | | |

*Number of inquiries within the last 120 days*

## Bureau Addresses

EQUIFAX                PO BOX 740241, ATLANTA, GA 30374                          (800) 685-1111

This credit report is for the intended use of originating entity only. Use of this credit report by any other entity other than the originating entity constitutes second use. Second use users are required to post a secondary use inquiry on the consumer credit file. In addition, a Client Service Agreement must be completed and forwarded to the originating Credit Reporting Agency. Second use users can log onto the following website to post second use information and obtain a copy of the Client Service Agreement. https://www.xpertonline.net/SecondUse

*** END OF REPORT - 8/29/2016 2:11:41 PM ***

**SHORE FUNDING SOLUTIONS**
3 HUNTINGTON QUAD STE 407N
MELVILLE, NY 11747

ACRAnet
2139 TAPO ST #221
SIMI VALLEY, CA 93063

Tel: (800) 435-7193
(805) 409-4117
Fax: (805) 527-0550
E-Mail: donotreply@acranet.com

**Return Service Requested**
CUNNINGHAM, CRAIG
5543 EDMONSON PIKE
NASHVILLE, TN 37211

Reference #: CQH3O-1121719
Request Date: 8/29/2016
Completed Date: 8/29/2016

## Your Credit Score and the Price You Pay For Credit

### What you should know about credit scores

Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes.

### How we use your credit score

Your credit score can affect whether you can get a loan and how much you will have to pay for that loan.

### The range of scores

Score ranges vary by model. The score ranges applicable to your scores are shown in graphs below. Generally, the higher your score, the more likely you are to be offered better credit terms.

The following boxes contain information about your credit. You will see your credit score and the name of the credit bureau. You will also see a list of key factors that adversely affected your credit score, as well as a graph that displays where your score ranks in relation to other U.S. Consumers.

| EQUIFAX BEACON 5.0 (8/29/2016) | |
|---|---|
| **732** | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS<br>TOO MANY INQUIRIES LAST 12 MONTHS<br>TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT<br>AMOUNT OWED ON REVOLVING ACCOUNTS IS TOO HIGH |  |

### What if there are mistakes in your credit report?

You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency

It is a good idea to check your credit report to make sure the information it contains is accurate.

### How can you obtain a copy of your credit report?

Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report---

| By telephone: | Call toll-free: 1-877-322-8228 |
|---|---|
| On the web: | Visit www.annualcreditreport.com |
| By mail: | Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |

### How can you get more information?

For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's Web site at www.consumerfinance.gov/learnmore

# SCORE(S) DISCLOSURE

**NOTICE TO HOME LOAN APPLICANT**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency (credit bureau) distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information a consumer reporting agency (credit bureau) or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency (credit bureau) at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency (credit bureau) plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender

**The credit reporting agency (CRA) is allowed to charge a reasonable fee for this disclosure**

EQUIFAX                    PO BOX 740241,  ATLANTA, GA 30374                    (800) 685-1111

# SHORE FUNDING SOLUTIONS, INC

### Data Sheet Purchasing Agreement

**Please send all signed docs back to tpalarino@shorefundingsolutions.com or to the fax number 631-239-9200.**

| | |
|---|---|
| Merchant Name: Granite Enterprises<br>Home Telephone:<br>Business Telephone:<br>Cell Phone: 615.348.1977<br>Spouses Phone:<br>Fax: | Date: 9.9.16<br><br>Agent: Doug Miller<br><br>Phone: 631.773.3231<br><br>Fax: 631.239.9200 |
| Current Equipment | Reprogrammed Equipment |
| Company:<br><br>Terminal Manufacturer:<br><br>Pin Pad:<br><br>Cash $: | Terminal:<br><br>Pin Pad Swap:<br><br>Comments:<br><br>POS Type: |
| Cash Advance Amount Option | Fee Rate |
| Advance Amount: $20,000<br>Daily Payment Amount: $187.75 | Application: WAIVED<br>Risk Assessment: WAIVED<br>Origination: WAIVED<br>Underwriting: WAIVED<br>Processing: $500<br>Total: $500 |

## Authorization Agreement for ACH Payments

I do hereby authorize SHORE FUNDING SOLUTIONS, INC hereinafter named the COMPANY, to initiate single (debit/credit) entries to (my/our) (Checking Account/Savings Account) as indicated and named on the attached voided check as the depository financial institution for the amount listed and referenced above. If any such debit(s) should be returned NSF, (I/we) authorize the COMPANY to collect such debit(s) by electronic debit/ACH and subsequently collect a returned debit NSF fee of up to $30.00 per item by electronic debit from my account. I am a duly authorized check signer on the financial institution account named on the attached voided check, and authorize all of the above as evidenced by my signature below.

Signature: X _____     Date: _____

Print Name: _____

# SHORE FUNDING SOLUTIONS, INC

Dear Customer:

As the manager of Shore Funding Solutions, I want to thank you for giving us the opportunity to serve you. Please help us by taking a couple of minutes to tell us about the service that you have received so far. We appreciate your business and want to make sure we meet your expectations.

Sincerely,

**Shore Funding Solutions**

**Please circle your answers**

In thinking about your most recent experience with Shore Funding Solutions, was the quality of customer service you received:

     Very Poor

     Somewhat Unsatisfactory

     About Average

     Very Satisfactory

     Superior

Did our representative stay in close contact with you during the entire process?     YES     NO

Did our agent explain the terms and conditions in a professional manner?     YES     NO

How responsive was our agent to your needs:

     Very Poor

     Somewhat Unsatisfactory

     About Average

     Very Satisfactory

     Superior

We'd love to hear in your words how our product or services have helped you. Would you please take a few minutes to let us know what you liked best about OUR PRODUCT OR SERVICES? We'd love to feature it on our website and it would be great exposure for your business as well.

_____

_____

_____

_____

_____

_____

SHORE FUNDING

Dougies Miller
Solutions Expert
Direct: 631-773-3231
Fax: 631-239-9200
Email: dmiller@shorefundingsolutions.com

## Funding Application

| | |
|---|---|
| Business Legal Name: *Granite Enterprises* | Doing Business As: |
| Legal Entity: ☐ Corporation ☑ LLC ☐ Sole Proprietorship ☐ Partnership ☐ LTD Partnership | Federal Tax ID: *80847135* State of Incorporation: *NM* |
| Business Phone: *615 3481977* | Business Website: |
| Mobile: | Business Fax: |
| Email Address: *bigcraig79@hotmail.com* | Business Start Date: *3/2012* |
| Physical Address: *4720 Nolensville Pike* | City: *Nashville* State: *TN* Zip Code: *37211* |
| Billing Address: | City: State: Zip Code: |

### Owner / Principal Information

| | |
|---|---|
| Name: *Craig Cunningham owner* | % of Ownership *100* |
| Home Address: *5543 Edmondson Pike ste 248* | City: *Nashville* State: *TN* Zip Code: *37211* |
| Email: *bigcraig79@hotmail.com* | Mobile: |
| Date of Birth: *08/06/1980* | Social Security #: *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* |

### 2nd Owner / Principal Information

| | |
|---|---|
| Name: Title: | % of Ownership |
| Home Address: | City: State: Zip Code: |
| Email: | Mobile: |
| Date of Birth: | Social Security #: |

### Business Information

| | |
|---|---|
| Business Description: *Retail Supplements* | |
| Rented or Owned: | Open Bankruptcy? *NO* |
| Rent/Mortgage Amount: *1,000* | |
| Landlord/Mortgage Company Contact: *Brandon Callier 915-383-4604* | |

### Funding Information

| | |
|---|---|
| Current credit card processor? *Amazon* | |
| What is the Capital being requested for? *Inventory* | |
| Last 4 months Visa/MasterCard Monthly Volume: *60,000* | Total Monthly Sales (All Forms of Revenue): *70,000* |
| Gross Annual Sales (Last Year's Tax Return): *600,000* | |
| Does the merchant have any open MCA or loan accounts? If Yes, what is the Current Outstanding Balance? *NO* | |

### Authorization Form

By signing below, each of the above listed business and business owner/officer (individually and collectively, "you") authorize [Shore Funding Solutions] ("SFS") and each of its representatives, successors, assigns and designees ("Recipients") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefor (collectively, "Transactions") to obtain consumer or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties. You also authorize SFS to transmit this application form, along with any of the foregoing information obtained in connection with this application, to any or all of the Recipients for the foregoing purposes. You also consent to the release, by any creditor or financial institution, of any information relating to any of you, to SFS and to each of the Recipients, on its own behalf.

| | |
|---|---|
| Owner Signature: *[signature]* | Co-Owner Signature: _____ |
| Print Name: *Craig Cunningham* | Print Name: _____ |
| Date: *8/29/2016* | Date: _____ |

*Note: All Fields Are Required on this Application before Submission.



**PIONEER BANK**

PO Box 130
Roswell, NM 88202

ADDRESS SERVICE REQUESTED

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

## January 2016

Reporting Activity 12/25 - 01/25          Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| Customer Care Center: | (575) 624-5200 |
| Tele-Banking: | (575) 627-4400 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 130 Roswell, NM 88202 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 0803051338 | $0.58 |
| **Total Current Value** | | **$0.58** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## BUSINESS FREE-0803051338

### Account Summary

| Date | Description | |
|---|---|---|
| 12/25/2015 | Beginning Balance | $0.29 |
| | Service charges | $0.00 |
| | Total debits this period | $39,198.00 |
| | Total credits this period | $39,198.29 |
| 01/25/2016 | Ending Balance | $0.58 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/25/2015 | Beginning Balance | | | $0.29 |
| 12/31/2015 | AMZNIITD8UIY Marketplac 151231 CCD K3VG7P6HRVB0U3Y | | $18,644.40 | $18,644.69 |



EQUAL HOUSING LENDER  Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

Current Balance
From Statement                    $ _____

Add:
Deposits
NOT Included in                   _____
This Statement                    _____
                                  _____

Total                             $ _____

Less:
Checks/Withdrawals                _____
Outstanding

Revised Current                   $ _____
Balance

Checkbook Balance                 $ _____

Add:
Interest Earned                   _____

Less:
Service Charges                   _____

Revised Checkbook                 _____
Balance

**IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:**

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  (1)  Tell us your name and account number.
  (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
       need more information.
  (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



**January 2016**

## BUSINESS FREE-0803051338 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/31/2015 | INTERNET TFR TO CHK 0803051311 | -$18,644.00 | | $0.69 |
| 01/14/2016 | AMZNIJDDESMZ Marketplac 160114 CCD JQL34OTHW8IGVXL | | $20,553.89 | $20,554.58 |
| 01/14/2016 | INTERNET TFR TO CHK 0803051311 | -$20,554.00 | | $0.58 |
| 01/25/2016 | Ending Balance | | | $0.58 |



THIS PAGE LEFT INTENTIONALLY BLANK



PO BOX 130
ROSWELL NM 88202

ADDRESS SERVICE REQUESTED

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

### *Statement Ending 07/25/2016*

GRANITE ENTERPRISES LLC                     Page 1 of 2
Account Number: 803051338

## *Managing Your Accounts*

| | | |
|---|---|---|
| Customer Care Center: | (575) 782-2424 |
| Tele-Banking | (575) 782-2424 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 972178 El Paso, NM 79905 |

## *Summary of Accounts*

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 803051338 | $0.59 |

## BUSINESS FREE - 803051338

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/25/2016 | Beginning Balance | $0.44 |
| | 2 Credit(s) This Period | $49,159.15 |
| | 2 Debit(s) This Period | -$49,159.00 |
| 07/25/2016 | Ending Balance | $0.59 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/25/2016 | Beginning Balance | | | $0.44 |
| 07/01/2016 | AMZNIQ253RYX Marketplac 160701 CCD OXYWVK8L5XISGER | | $21,887.83 | $21,888.27 |
| 07/01/2016 | INTERNET TFR TO CHK 0803051311 | $21,888.00 | | $0.27 |
| 07/15/2016 | AMZNIQM59P4U Marketplac 160715 CCD Q9LRUKAW18K8E71 | | $27,271.32 | $27,271.59 |
| 07/15/2016 | INTERNET TFR TO CHK 0803051311 | $27,271.00 | | $0.59 |
| 07/25/2016 | Ending Balance | | | $0.59 |



LENDER  Member FDIC

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 91 of 119 PageID #: 510

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

Current Balance From Statement     $ _____

Add: Deposits NOT Included in This Statement

Total     $ _____

Less: Checks/Withdrawals Outstanding

Revised Current Balance     $ _____

Checkbook Balance     $ _____

Add: Interest Earned     $ _____

Less: Service Charges

Revised Checkbook Balance     $ _____

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction.  Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



### PIONEER BANK

PO Box 130
Roswell, NM 88202

**October 2015**

Reporting Activity 09/26 - 10/23                Page 1 of 4

ADDRESS SERVICE REQUESTED

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

## Managing Your Accounts

| | | |
|---|---|---|
| Customer Care Center: | (575) 624-5200 |
| Tele-Banking: | (575) 627-4400 |
| Toll-Free: | (800) 624-5200 |
| Online: | www.pioneerbnk.com |
| Mailing: | PO Box 130 Roswell, NM 88202 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 0803051338 | $0.72 |
| **Total Current Value** | | **$0.72** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## BUSINESS FREE-0803051338

### Account Summary

| Date | Description | |
|---|---|---|
| 09/26/2015 | Beginning Balance | $0.47 |
| | Service charges | $0.00 |
| | Total debits this period | $26,241.00 |
| | Total credits this period | $26,241.25 |
| 10/23/2015 | Ending Balance | $0.72 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/26/2015 | Beginning Balance | | | $0.47 |
| 10/08/2015 | AMAZON.COM Marketplac 151008 CCD KD95EARXTXO3MET | | $9,673.81 | $9,674.28 |



LENDER  Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

**CHECKS/WITHDRAWALS OUTSTANDING**

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** $ | |

Current Balance
From Statement                    $ _____

Add:
Deposits
NOT Included In                   _____
This Statement                    _____
                                  _____
                                  _____

Total                             $ _____

Less:
Checks/Withdrawals                _____
Outstanding

Revised Current
Balance                           $ _____

Checkbook Balance  $ _____

Add:
Interest Earned    $ _____

Less:
Service Charges    _____

Revised Checkbook
Balance            _____

IF YOUR ACCOUNT DOES NOT
BALANCE, PLEASE CHECK THE
FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED
THE AMOUNT OF EACH
CHECK/WITHDRAWAL IN YOUR
CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR
DEPOSITS ENTERED IN YOUR
CHECKBOOK REGISTER THE SAME
AS THOSE SHOWN ON THIS
STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS
BEEN DEDUCTED FROM YOUR
CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL
ADDITIONS AND SUBTRACTIONS IN
YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT
BALANCES FORWARD WHEN
WRITING CHECKS/WITHDRAWALS
OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK
CARD AND AUTOMATIC TRANSFER
TRANSACTIONS IN YOUR
CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



**October 2015**

*Reporting Activity 09/26 - 10/23*          *Page 3 of 4*

## BUSINESS FREE-0803051338 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/08/2015 | INTERNET TFR TO CHK 0803051311 | -$9,674.00 | | $0.28 |
| 10/22/2015 | AMZNIG1CIAO7 Marketplac 151022 CCD | | $16,567.44 | $16,567.72 |
| | XGZW1U8AL2KURRZ | | | |
| 10/22/2015 | INTERNET TFR TO CHK 0803051311 | -$16,567.00 | | $0.72 |
| 10/23/2015 | Ending Balance | | | $0.72 |

Case 2:17-cv-02080-GRB-AKT   Document 28   Filed 01/11/18   Page 95 of 119 PageID #: 514



THIS PAGE LEFT INTENTIONALLY BLANK


**_ACRAnet_**
THE INFORMATION NETWORK

2139 TAPO ST #221
SIMI VALLEY, CA 93063

Tel: (805) 409-4117
Fax: (805) 527-0550
E-Mail: ray.gonzales@lendserv.com

## ACRAnet
REQUESTED BY:

# SHORE FUNDING SOLUTIONS
3 HUNTINGTON QUAD STE 407N MELVILLE, NY 11747

| | | | |
|---|---|---|---|
| **Attention:** | JLOMBARDI | **Prepared By:** | **Report Type:** EQUIFAX |
| **Reference #:** | CQBSG-5920124 | **Request Date:** 2/19/2016 | **Sources:** EFX |
| **Password:** | lm824afad2 | **Completed Date:** 2/19/2016 | **Loan Type:** |
| **Client Loan #:** | | **Client #:** 5658 | **ECOA Type:** INDIVIDUAL |
| **AUS Reference #:** | | | Price: $5.00   Tax: $0.00   Total: $5.00 |
| **Loan Officer:** | | | |

## Applicant Information

| | | | |
|---|---|---|---|
| Applicant: | CUNNINGHAM, CRAIG | DOB: | SSN#: 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 |
| Street Address: | 5543 EDMONDSON | Marital Status: | |
| City, State, Zip: | NASHVILLE, TN 37211 | Own/Rent: | |
| Length of Time: | | Dependants: | |
| Property: | | | |


[ Pulse ]   [ Check-Up ]

## Score Information

EFX BEACON 5.0    **768**    Range 334 to 818    FOR: CUNNINGHAM, CRAIG
                              Score Date: 2/19/2016                      EFX-1

Reason Codes: 30 08 10 05

## Employment Information

| Applicant | Applicant |
|---|---|
| Employer: | Employer: |
| Position Held: | Position Held: |
| Start/Stop Dates: | Start/Stop Dates: |
| Income: | Income: |
| Verified By/Date: | Verified By/Date: |

## Trade Information

| Creditor Name | Date Reported | Date Opened | High Credit | Balance Owing | Terms | Current Status | Historical Status | | | | Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | DLA | | Credit Limit | | Acct Type | ECOA | #Mo | 30 | 60 | 90 | Last Past Due |
| USD/GLELSI | 01/16 | 07/15 | 69291 | 69291 | 369 | CURR | 06 | 0 | 0 | 0 | |
| 3989332277777581 | 01/16 | | | | INST | I | | | | | EFX-1 |
| STUDENT LOAN | | | | | | | | | | | |
| DISCOVER | 02/16 | 01/16 | | 7058 | 142 | CURR | 01 | 0 | 0 | 0 | |
| 601100970414 | 02/16 | | 9800 | | REV | I | | | | | EFX-1 |
| CREDIT CARD | | | | | | | | | | | |
| BARCLAYSBK | 11/13 | 01/06 | 1000 | 0 | | CURR | 93 | 0 | 0 | 0 | |
| 2513761 | 08/07 | | | | REV | I | | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| BARCLAYSBK | 11/13 | 01/06 | 1000 | 0 | | CURR | 94 | 0 | 0 | 0 | |
| 2513800 | 02/08 | | | | REV | I | | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| BK OF AMER | 08/07 | 06/06 | | 0 | | CURR | 13 | 0 | 0 | 0 | |
| 4888930098800086 | 08/07 | | 10000 | | REV | I | | | | | EFX-1 |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |

## Trade Information

| Creditor Name | Date Reported | Date Opened | High Credit | Balance Owing | Terms | Current Status | Historical Status | | | Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | #Mo | Times Past Due | | |
| Account Number | DLA | | Credit Limit | | Acct Type | ECOA | | 30 | 60 | 90 | Last Past Due |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BK OF AMER | 05/07 | 08/04 | | 0 | | CURR | 33 | 0 | 0 | 0 |
| 749746942795578 | 05/07 | | 6000 | | REV | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| | | | | | | | | | | |
| CAP1/BSTBY | 07/09 | 05/04 | 625 | 0 | | CURR | 61 | 0 | 0 | 0 |
| 169601-0238307226 | 05/05 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | | | | | | | | | | |
| CAP1/RMSTR | 08/09 | 01/04 | 1818 | 0 | | CURR | 66 | 0 | 0 | 0 |
| 524631-1102443863 | 05/06 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | | | | | | | | | | |
| CHASE CARD | 02/16 | 10/14 | | 0 | | CURR | 15 | 0 | 0 | 0 |
| 414720223448 | 02/16 | | 17000 | | REV | I | | | | EFX-1 |
| FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | |
| | | | | | | | | | | |
| CHASE CARD | 01/10 | 06/06 | 600 | 0 | | CURR | 42 | 0 | 0 | 0 |
| 426684110228 | 11/09 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| | | | | | | | | | | |
| CHASE CARD | 03/15 | 10/02 | 250 | 0 | | CURR | 99 | 0 | 0 | 0 |
| 455990500121 | 11/07 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| | | | | | | | | | | |
| CITI | 08/07 | 06/00 | 300 | 0 | | CURR | 86 | 0 | 0 | 0 |
| 422398018335 | 08/05 | | | | REV | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | | | | | | | | | | |
| MIL STAR | 08/08 | 11/05 | | 0 | | CURR | 33 | 0 | 0 | 0 |
| 6019440007663010 | 11/05 | | 2500 | | REV | I | | | | EFX-1 |
| | | | | | | | | | | |
| NAVY FCU | 02/16 | 04/14 | 25000 | 0 | | CURR | 22 | 0 | 0 | 0 |
| 406095600868 | | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| CREDIT CARD | | | | | | | | | | |
| | | | | | | | | | | |
| NAVY FCU | 10/14 | 04/14 | 15000 | 0 | | CURR | 05 | 0 | 0 | 0 |
| 7024028255 | | | | | REV | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | | | | | | | | | | |
| TCM BANK | 04/10 | 02/03 | 5000 | 0 | | CURR | 77 | 0 | 0 | 0 |
| 4080375770002054 | 02/06 | | | | REV | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| | | | | | | | | | | |
| USAA FSB | 07/07 | 05/02 | 25000 | 0 | 432 | CURR | 61 | 0 | 0 | 0 |
| 30715361 | 07/07 | | | | INST | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | | | | | | | | | | |
| USAA FSB | 08/07 | 06/06 | 84000 | 0 | 1669 | CURR | 14 | 0 | 0 | 0 |
| 44656247 | 08/07 | | | | INST | I | | | | EFX-1 |
| ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | | | | | | | | | | |
| USD/GLELSI | 07/15 | 02/12 | 68859 | 0 | | CURR | 41 | 0 | 0 | 0 |
| 2277798581 | 07/15 | | | | INST | I | | | | EFX-1 |
| CLOSED OR PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| STUDENT LOAN | | | | | | | | | | |

## Public Record Information

**No Public Records exist in this section.**

## Additional Address Information

### Current Address(es)

| Date Reported | Move In Date | Move Out Date | Length of Time | Rent Amount | Unit Number | Own/Rent/ Other | Number of Lates | Balance |
|---|---|---|---|---|---|---|---|---|

5543 EDMONDSON PIKE STE 248,  NASHVILLE, TN 37211       EFX-1
02/01/2016
Landlord/Mortgage Company:      Phone:
Verified Date:      Verified By:

### Former Address(es)

| Date Reported | Move In Date | Move Out Date | Length of Time | Rent Amount | Unit Number | Own/Rent/ Other | Number of Lates | Balance |
|---|---|---|---|---|---|---|---|---|

6131 MELODY LN,  DALLAS, TX 75231       EFX-1
12/01/2014
Landlord/Mortgage Company:      Phone:
Verified Date:      Verified By:

PO BOX 90510,  NASHVILLE, TN 37209       EFX-1
04/01/2015
Landlord/Mortgage Company:      Phone:
Verified Date:      Verified By:

## Inquiries
### In the last 120 days

| | | |
|---|---|---|
| DIRECTV | 2/9/2016 | EFX-1 |
| DISCOVER | 1/2/2016 | EFX-1 |
| CAP ONE | 1/2/2016 | EFX-1 |

## Collection Information

**No Collections exist in this section.**

## Source(s) of Information

| File Segment | File Holder Name | Social Security # | Address | DOB |
|---|---|---|---|---|
| EFX-1 | CUNNINGHAM, CRAIG | 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 | 5543 EDMONDSON PIKE STE 248, NASHVILLE, TN 37211 | 1980 |

**Notice: This is a Merged report containing information supplied by the sources shown. The merge process is automated and the report may include some duplications and/or omissions.**

## Creditor Information List

| Company | Phone | Address | City,State,Zip |
|---|---|---|---|
| ANB CC | (800) 368-4819 | | |
| BANKAMERIC | (800) 732-9194 | | |
| BNB BESTBY | (800) 365-0292 | | |
| CHASE BANK USA, NA | (800) 955-9900 | | |
| DIRECTV | | | |
| DISCOVER FINANCIAL S | | | |
| DISCOVR CD | (800) 347-2683 | | |
| JUNIPER BANK | (302) 888-1400 | | |
| MBNA AMER | (800) 421-2110 | | |
| MILITARY STAR | (877) 891-7827 | 3911 S. WALTON WALKER RD | DALLAS TX 75265 |
| NAVY FCU | | | |
| NAVY FCU | (800) 424-9990 | | |
| TCM BANK | (800) 883-0131 | | |
| US DEPT OF ED/GLELS | (800) 236-4300 | PO BOX 7860 | MADISON WI 53704 |
| USAA FSB | | | |

## Profile Summary

*Credit History Summary*                                                    *Derogatory Summary*

|  | Count | Available Credit | Balance | Payments | Past Due |  | Count |
|---|---|---|---|---|---|---|---|
| Mortgage: | 0 | $0 | $0 | $0 | $0 | Charge Offs: | 0 |
| Auto: | 0 | $0 | $0 | $0 | $0 | Disputes: | 0 |
| Education: | 2 | $0 | $69291 | $369 | $0 | Collections: | 0 |
| Installment: | 2 | $0 | $0 | $0 | $0 | Incl. in Bankruptcy: | 0 |
| Open: | 0 | $0 | $0 | $0 | $0 | Late 30 Days: | 0 |
| Revolving: | 15 | $38242 | $7058 | $142 | $0 | Late 60 Days: | 0 |
| Other: | 0 | $0 | $0 | $0 | $0 | Late 90 Days: | 0 |
| Total: | 19 | $38242 | $76349 | $511 | $0 | Public Records: | 0 |
| Secured Debt: | $0 |  |  |  |  | Inquiries*: | 3 |
| Unsecured Debt: | $76349 |  |  |  |  |  |  |

*\*Number of inquiries within the last 120 days*

## Bureau Addresses

EQUIFAX                    PO BOX 740241,  ATLANTA, GA 30374                    (800) 685-1111

This credit report is for the intended use of originating entity only. Use of this credit report by any other entity other than the originating entity constitutes second use. Second use users are required to post a secondary use inquiry on the consumer credit file. In addition, a Client Service Agreement must be completed and forwarded to the originating Credit Reporting Agency. Second use users can log onto the following website to post second use information and obtain a copy of the Client Service Agreement. https://www.xpertonline.net/SecondUse

*** END OF REPORT - 2/19/2016 6:59:24 AM ***

**SHORE FUNDING SOLUTIONS**

ACRAnet
2139 TAPO ST #221
SIMI VALLEY, CA 93063

3 HUNTINGTON QUAD STE 407N
MELVILLE, NY 11747

Tel: (805) 409-4117
Fax: (805) 527-0550
E-Mail: ray.gonzales@lendserv.com

Return Service Requested
CUNNINGHAM, CRAIG
5543 EDMONDSON
NASHVILLE, TN 37211

Reference #: CQBSG-5920124
Request Date: 2/19/2016
Completed Date: 2/19/2016

## Your Credit Score and the Price You Pay For Credit

### What you should know about credit scores

Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes.

### How we use your credit score

Your credit score can affect whether you can get a loan and how much you will have to pay for that loan.

### The range of scores

Score ranges vary by model. The score ranges applicable to your scores are shown in graphs below. Generally, the higher your score, the more likely you are to be offered better credit terms.

The following boxes contain information about your credit. You will see your credit score and the name of the credit bureau. You will also see a list of key factors that adversely affected your credit score, as well as a graph that displays where your score ranks in relation to other U.S. Consumers.

EQUIFAX BEACON 5.0  (2/19/2016)

768

TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT
TOO MANY INQUIRIES LAST 12 MONTHS
PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON
BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
TOO MANY ACCOUNTS WITH BALANCES



### What if there are mistakes in your credit report?

You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency
It is a good idea to check your credit report to make sure the information it contains is accurate.

### How can you obtain a copy of your credit report?

Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report---

| | |
|---|---|
| By telephone: | Call toll-free: 1-877-322-8228 |
| On the web: | Visit www.annualcreditreport.com |
| By mail: | Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: |

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348-5281

### How can you get more information?

For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's Web site at www.consumerfinance.gov/learnmore

# SCORE(S) DISCLOSURE

**NOTICE TO HOME LOAN APPLICANT**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency (credit bureau) distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information a consumer reporting agency (credit bureau) or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency (credit bureau) at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency (credit bureau) plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender

**\*\*The credit reporting agency (CRA) is allowed to charge a reasonable fee for this disclosure\*\***

EQUIFAX                    PO BOX 740241,  ATLANTA, GA 30374                    (800) 685-1111



**PO BOX 130**
**ROSWELL NM 88202**

### *Statement Ending 08/25/2016*

*GRANITE ENTERPRISES LLC*                    Page 1 of 2
*Account Number: 803051338*

**ADDRESS SERVICE REQUESTED**

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

## Managing Your Accounts

 Customer Care
Center:                    (575) 782-2424

 Tele-Banking         (575) 782-2424

 Toll-Free:           (800) 624-5200

 Online:              www.pioneerbnk.com

Mailing:             PO Box 972178
El Paso, NM 79905

## Summary of Accounts

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 803051338 | $0.75 |

## BUSINESS FREE - 803051338

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/26/2016 | Beginning Balance | $0.59 |
| | 4 Credit(s) This Period | $42,252.16 |
| | 2 Debit(s) This Period | -$42,252.00 |
| 08/25/2016 | Ending Balance | $0.75 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26/2016 | Beginning Balance | | | $0.59 |
| 07/28/2016 | AMZNIR5FPRP6 Marketplac 160728 CCD GOWSRM07Y56I0DR | | $39.54 | $40.13 |
| 07/29/2016 | AMZNIR65FM13 Marketplac 160729 CCD SK0J2B8K4TFITWL | | $19,143.47 | $19,183.60 |
| 07/29/2016 | INTERNET TFR TO CHK 0803051311 | $19,183.00 | | $0.60 |
| 08/11/2016 | AMZNIRPFVR8Y Marketplac 160811 CCD TPBH5M93IHYRJGI | | $118.65 | $119.25 |
| 08/12/2016 | AMZNIRQ5LKGX Marketplac 160812 CCD SJETY1Z9LJB9WBK | | $22,950.50 | $23,069.75 |
| 08/12/2016 | INTERNET TFR TO CHK 0803051311 | $23,069.00 | | $0.75 |
| 08/25/2016 | Ending Balance | | | $0.75 |

 Member FDIC

GRANITE ENTERPRISES LLC                    803051338                    Statement Ending 08/25/2016                    Page 2 of 2

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT |
|---|---|
|  | $ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | $ |

Current Balance
From Statement                    $ _____

Add:
Deposits
NOT Included in
This Statement

Total                    $ _____

Less:
Checks/Withdrawals
Outstanding

Revised Current
Balance                    $ _____

Checkbook Balance          $ _____

Add:
Interest Earned            $ _____

Less:
Service Charges

Revised Checkbook
Balance                    $ _____

**IF YOUR ACCOUNT DOES NOT
BALANCE, PLEASE CHECK THE
FOLLOWING CAREFULLY:**

☐ HAVE YOU CORRECTLY ENTERED
THE AMOUNT OF EACH
CHECK/WITHDRAWAL IN YOUR
CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR
DEPOSITS ENTERED IN YOUR
CHECKBOOK REGISTER THE SAME
AS THOSE SHOWN ON THIS
STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS
BEEN DEDUCTED FROM YOUR
CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL
ADDITIONS AND SUBTRACTIONS IN
YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT
BALANCES FORWARD WHEN
WRITING CHECKS/WITHDRAWALS
OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK
CARD AND AUTOMATIC TRANSFER
TRANSACTIONS IN YOUR
CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1)  Tell us your name and account number.
   (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
       need more information.
   (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



PO BOX 130
ROSWELL NM 88202

**Statement Ending 08/25/2016**

*GRANITE ENTERPRISES LLC*                        Page 1 of 2
*Account Number: 803051338*

**ADDRESS SERVICE REQUESTED**

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

## Managing Your Accounts

| | | |
|---|---|---|
|  | Customer Care Center: | (575) 782-2424 |
|  | Tele-Banking | (575) 782-2424 |
|  | Toll-Free: | (800) 624-5200 |
| | Online: | www.pioneerbnk.com |
|  | Mailing: | PO Box 972178 El Paso, NM 79905 |

## Summary of Accounts

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 803051338 | $0.75 |

## BUSINESS FREE - 803051338

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/26/2016 | Beginning Balance | $0.59 |
| | 4 Credit(s) This Period | $42,252.16 |
| | 2 Debit(s) This Period | -$42,252.00 |
| 08/25/2016 | Ending Balance | $0.75 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26/2016 | Beginning Balance | | | $0.59 |
| 07/28/2016 | AMZNIR5FPRP6 Marketplac 160728 CCD GOWSRM07Y56I0DR | | $39.54 | $40.13 |
| 07/29/2016 | AMZNIR65FM13 Marketplac 160729 CCD SK0J2B8K4TFITWL | | $19,143.47 | $19,183.60 |
| 07/29/2016 | INTERNET TFR TO CHK 0803051311 | $19,183.00 | | $0.60 |
| 08/11/2016 | AMZNIRPFVR8Y Marketplac 160811 CCD TPBH5M93IHYRJGI | | $118.65 | $119.25 |
| 08/12/2016 | AMZNIRQ5LKGX Marketplac 160812 CCD SJETY1Z9LJB9WBK | | $22,950.50 | $23,069.75 |
| 08/12/2016 | INTERNET TFR TO CHK 0803051311 | $23,069.00 | | $0.75 |
| 08/25/2016 | Ending Balance | | | $0.75 |



LENDER  Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

Current Balance From Statement        $ _____

Add:
Deposits NOT Included in This Statement

Total        $ _____

Less:
Checks/Withdrawals Outstanding

Revised Current Balance        $ _____

Checkbook Balance        $ _____

Add:
Interest Earned        $ _____

Less:
Service Charges

Revised Checkbook Balance        _____

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction.  Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.

 



**PO Box 130**
**Roswell, NM 88202**

## June 2016

Reporting Activity 05/26 - 06/24 | Page 1 of 4

**ADDRESS SERVICE REQUESTED**

### Managing Your Accounts

 Customer Care Center: (575) 624-5200

GRANITE ENTERPRISES LLC
5543 EDMONDSON PIKE
NASHVILLE TN 37211-5808

 Tele-Banking: (575) 627-4400

 Toll-Free: (800) 624-5200

Online: www.pioneerbnk.com

Mailing: PO Box 130
Roswell, NM 88202

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS FREE | 0803051338 | $0.44 |
| **Total Current Value** | | **$0.44** |

Say hello to Popmoney!  With updates to your online bill pay, you now have access to send money right from your bank account to almost anyone you know or owe.  Check out Popmoney today at www.pioneerbnk.com.

## BUSINESS FREE-0803051338

### Account Summary

| Date | Description | |
|---|---|---|
| 05/26/2016 | Beginning Balance | $0.08 |
| | Service charges | $0.00 |
| | Total debits this period | $62,925.00 |
| | Total credits this period | $62,925.36 |
| 06/24/2016 | Ending Balance | $0.44 |

### View your eStatements online!

Go green and enroll to receive eStatements through our online banking site.  Manage your accounts securely and easily with the click of a mouse.  Sign up for eStatements today!

Pioneer Bank's privacy statement is available at https://www.pioneerbnk.com/privacypolicy.html

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/26/2016 | Beginning Balance | | | $0.08 |
| 06/03/2016 | AMZNIOY4RX5T Marketplac 160603 CCD HZE91TAOGJAK3DP | | $27,147.66 | $27,147.74 |

 Member FDIC

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing
That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

CHECKS/WITHDRAWALS OUTSTANDING

| NUMBER/MERCHANT | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

Current Balance
From Statement          $ _____

Add:
Deposits                       _____
NOT Included In
This Statement            _____

                                    _____

                                    _____

Total                           $ _____

Less:
Checks/Withdrawals
Outstanding

Revised Current
Balance                     $ _____

Checkbook Balance    $ _____

Add:
Interest Earned          $ _____

Less:
Service Charges          _____

Revised Checkbook
Balance                     $ _____

IF YOUR ACCOUNT DOES NOT
BALANCE, PLEASE CHECK THE
FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED
THE AMOUNT OF EACH
CHECK/WITHDRAWAL IN YOUR
CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR
DEPOSITS ENTERED IN YOUR
CHECKBOOK REGISTER THE SAME
AS THOSE SHOWN ON THIS
STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS
BEEN DEDUCTED FROM YOUR
CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL
ADDITIONS AND SUBTRACTIONS IN
YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT
BALANCES FORWARD WHEN
WRITING CHECKS/WITHDRAWALS
OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK
CARD AND AUTOMATIC TRANSFER
TRANSACTIONS IN YOUR
CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area), or write us at P.O. Box 130, Roswell, NM 86202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.






**June 2016**

*Reporting Activity 05/26 - 06/24*          *Page 3 of 4*

## BUSINESS FREE-0803051338 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/03/2016 | INTERNET  TFR TO  CHK  0803051311 | -$27,147.00 | | $0.74 |
| 06/17/2016 | AMZNIPI4XUXI Marketplac 160617 CCD PVXQ4C9E2VP3DG1 | | $35,777.70 | $35,778.44 |
| 06/17/2016 | INTERNET  TFR TO  CHK  0803051311 | -$35,778.00 | | $0.44 |
| 06/24/2016 | Ending Balance | | | $0.44 |



## June 2016

*Reporting Activity 05/26 - 06/24*        *Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

# EXHIBIT D

| | |
|---|---|
| **From:** | Clifford Olshaker |
| **To:** | Aytan Bellin |
| **Subject:** | Re: Cunningham v. Shore Funding |
| **Date:** | Thursday, December 21, 2017 2:26:27 PM |

Agreed

Clifford Olshaker, Esq.
Law Office of Clifford Olshaker, P.C.
40-47 75th Street, 3rd Floor
Elmhurst, NY 11373
(718) 429-2505
Facsimile (718) 429-2096
cliffordolshaker@yahoo.com

Privileged and Confidential
The preceding E-mail message contains information that is confidential, may be protected by the attorney-client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at  718-429-2505. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

On Thursday, December 21, 2017, 12:45:13 PM EST, Aytan Bellin <Aytan.Bellin@bellinlaw.com> wrote:

Clifford:

   I am writing this e-mail to confirm our conversation during our meet and confer today over your client's outstanding discovery responses.  You told me today that you will get me your client's amended responses to Plaintiff's requests for admission, document requests and interrogatories by no later than January 2, 2018.  You understand that under the Court's order all objections other than for privileges have been waived by your client.  I understand that you will be away from January 3-7 and that if we need a meet and confer it will take place in the afternoon of January 8th.  As we discussed, any motion to compel by my client is due on January 12 so it is absolutely essential that we have a meet and confer on January 8 if one is necessary.

   Please send me an e-mail confirming that you agree with all of the above.

Aytan

Aytan Y. Bellin, Esq.

Bellin & Associates LLC

50 Main Street, Suite 1000

White Plains, NY 10606

Phone: (914) 358-5345

Fax: (212) 571-0284

# EXHIBIT E

| From: | Aytan Bellin |
|---|---|
| To: | "Clifford Olshaker" |
| Subject: | RE: Cunningham v. Shore Funding |
| Date: | Tuesday, January 2, 2018 8:50:00 AM |
| Importance: | High |

Clifford:

     I received your clients motion to stay by ECF.  As you agreed in the e-mail below (after you said you were going to be filing a motion to stay), I expect to get discovery responses from you today.  Please call or e-mail me this morning to confirm that you are going to be doing so.  If you are not I want to have a meet and confer this morning so that I can file my motion to compel.  From your motion papers, it appears to me that you will not be serving the discovery responses on me today, so we need to talk asap.

     I understand that you will be out of the country from January 7 through January 9, so if I do make a motion to compel, I will ask the court to make your response due after January 9.

     Please call me asap.

Aytan

Aytan Y. Bellin, Esq.
Bellin & Associates LLC
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (914) 358-5345
Fax: (212) 571-0284

**From:** Clifford Olshaker [mailto:cliffordolshaker@yahoo.com]
**Sent:** Thursday, December 21, 2017 2:26 PM
**To:** Aytan Bellin <Aytan.Bellin@bellinlaw.com>
**Subject:** Re: Cunningham v. Shore Funding

Agreed

Clifford Olshaker, Esq.
Law Office of Clifford Olshaker, P.C.
40-47 75th Street, 3rd Floor
Elmhurst, NY 11373
(718) 429-2505
Facsimile (718) 429-2096
cliffordolshaker@yahoo.com

Privileged and Confidential
The preceding E-mail message contains information that is confidential, may be protected by the

attorney-client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at  718-429-2505. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

On Thursday, December 21, 2017, 12:45:13 PM EST, Aytan Bellin <Aytan.Bellin@bellinlaw.com> wrote:

Clifford:

I am writing this e-mail to confirm our conversation during our meet and confer today over your client's outstanding discovery responses.  You told me today that you will get me your client's amended responses to Plaintiff's requests for admission, document requests and interrogatories by no later than January 2, 2018.  You understand that under the Court's order all objections other than for privileges have been waived by your client.  I understand that you will be away from January 3-7 and that if we need a meet and confer it will take place in the afternoon of January 8th.  As we discussed, any motion to compel by my client is due on January 12 so it is absolutely essential that we have a meet and confer on January 8 if one is necessary.

Please send me an e-mail confirming that you agree with all of the above.

Aytan

Aytan Y. Bellin, Esq.

Bellin & Associates LLC

50 Main Street, Suite 1000

White Plains, NY 10606

Phone: (914) 358-5345

Fax: (212) 571-0284

# EXHIBIT F

| | |
|---|---|
| **From:** | Aytan Bellin |
| **To:** | "cliffordolshaker@yahoo.com"; "cliffordolshaker@gmail.com" |
| **Subject:** | RE: Cunningham v. Shore Funding - Meet and Confer on Failure of Your Client to Provide Discovery Responses by January 2, 2018 as Promised |
| **Date:** | Wednesday, January 10, 2018 10:38:00 AM |

Clifford:

I have not heard any response from you to my e-mail below.  As I said, if I do not hear from you by 12 noon today, , I will make the second motion to compel and will inform the court that despite my repeated efforts you refused to respond to my repeated requests to meet and confer.

Please call me in the next hour and 20 minutes.

Aytan

Aytan Y. Bellin, Esq.
Bellin & Associates LLC
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (914) 358-5345
Fax: (212) 571-0284

**From:** Aytan Bellin
**Sent:** Tuesday, January 9, 2018 5:48 PM
**To:** 'cliffordolshaker@yahoo.com' <cliffordolshaker@yahoo.com>; 'cliffordolshaker@gmail.com' <cliffordolshaker@gmail.com>
**Subject:** Cunningham v. Shore Funding - Meet and Confer on Failure of Your Client to Provide Discovery Responses by January 2, 2018 as Promised
**Importance:** High

Clifford:

I have been trying to contact you since before you left on vacation. I left you voice mail  messages on January 1 and I believe on January 2, and I left  messages is yesterday and today. I've sent you emails and have also sent to text messages. You have not responded to any of them.

In a discussion we had in December and an email you sent me confirming that discussion, you agreed that your client would be providing discovery responses to my client in the Shore Funding case by no later than January 2, 2018. You also acknowledged, that the Court had decided that because your client had not responded in a timely fashion to my client's discovery requests that the Court had held your client could not make any objections to the discovery requests whatsoever except for those based on privilege. I never received a single discovery response from your client after our conversation.

The fact that your client has filed a motion for a stay does not absolve your client of its responsibility to follow the Court's orders. Magistrate Judge Tomlinson made clear at our last meeting that if your client were to violate another one of her orders your client would be subject to sanctions. I fully intend to seek those sanctions giving your client's failure to live up to its obligations in violation of court orders.

As you know, under Court rules I am required to meet and confer with you before filing a motion to compel. I've been trying to meet and confer with you since before you left on vacation on January 3. There really is no excuse for you not responding to any one of my messages. Therefore, if you do not response to my request for meet and confer and we do not have one by January 10, 2018 at 12:00 PM, I will make the second motion to compel and will inform the court that despite my repeated efforts you refused to respond to my repeated requests to meet and confer. Please get back to me tonight or tomorrow morning. I know that you are due and court tomorrow in front of Magistrate Judge Tomlinson on another case against Shore Funding. There is really no excuse for you not getting back to me and I expect to hear from you and have a meet and confer with you before 12 noon tomorrow.

Aytan

Aytan Y. Bellin, Esq.
Bellin & Associates LLC
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (914) 358-5345
Fax: (212) 571-0284

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.


s/Aytan Y. Bellin

Aytan Y. Bellin
BELLIN & ASSOCIATES LLC
50 Main Street, Suite 1000
White Plains, NY  10606
Phone: 914-358-5345
Fax: 212-571-0284