IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated,

                Plaintiff,

-vs.-

SHORE FUNDING SOLUTIONS INC.,

                Defendant.

17 CV 02080 (ADS) (AKT)

**LOCAL RULE 37.3(a) MEET AND CONFER STATEMENT**

---

    I, Aytan Y. Bellin, the undersigned counsel for Plaintiff Craig Cunningham ("Plaintiff") hereby certify that on May 30, 2018, I conferred with counsel for Defendant Shore Funding Solutions, Inc. ("Shore Funding") under Local Rule 37.3(a) in an effort to avoid filing Plaintiff's Letter Motion to Compel Discovery Responses from Shore Funding to respond to Plaintiff's Second Set of Requests for Production, and that the parties have not agreed on a resolution of the motion.

Dated: May 31, 2018

                                            Respectfully submitted,

                                            **BELLIN & ASSOCIATES LLC**

                                            By: /s/Aytan Y. Bellin
                                            Aytan Y. Bellin, Esq.
                                            Bellin & Associates LLC
                                            50 Main Street, Suite 1000
                                            White Plains, NY 10606
                                            Tel: (914) 358-5345
                                            Fax: (212) 571-0284
                                            E-mail: aytan.bellin@bellinlaw.com

                                            *Attorney for Plaintiff and the Proposed Class*