**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CRAIG CUNNINGHAM on behalf of himself
and all others similarly situated,

                              Plaintiff,

          - against -

                       **ORDER**

                     CV 17-2080 (ADS) (AKT)

SHORE FUNDING SOLUTIONS INC.,

                              Defendant.
---------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court acknowledges receipt of Plaintiff's motion to compel. DE 53. The motion is DENIED, without prejudice, on the grounds that it does not comply with Local Civil Rule 37.1.

Local Rule 37.1 states that

> Upon any motion or application involving discovery or disclosure requests or responses under Fed. R. Civ. P. 37, the moving party shall specify and quote or set forth verbatim in the motion papers each discovery request and response to which the motion or application is addressed. The motion or application shall also set forth the grounds upon which the moving party is entitled to prevail as to each request or response. Local Civil Rule 5.1 also applies to the motion or application.

Local Civil Rule 37.1; Local Rule 5.1. Therefore, to comply with these Rules, the movant must first list verbatim the document request or interrogatory which was served on opposing counsel, followed directly by opposing counsel's verbatim response to the individual request, followed immediately by the particularized objection(s) counsel is raising and the basis for the objections (*i.e.*, why the response is objectionable, deficient, non-responsive, etc.). Counsel is expected to refer to relevant case law to support his/her position/objection as to the respective discovery demand. The case law

is not to be relegated to a separate section where the Court has to keep referring back to ascertain the legal support for each objection.

For motions filed pursuant to Rule 37.1, the Court's general three-page limitation on letter motions is waived.

**SO ORDERED.**

Dated: Central Islip, New York
       June 1, 2018

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge