UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CRAIG CUNNINGHAM on behalf of himself
and all others similarly situated,

                    Plaintiff,

      - against -

SHORE FUNDING SOLUTIONS INC.,

                    Defendant.
-----------------------------------------------------------X

**ORDER**

17-2080 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received Plaintiff's asserted certification of compliance with Local Civil Rule 37.3 filed in connection with his June 4, 2018 motion to compel. *See* DE 56. Counsel's certification does not state the manner in which he has complied with Rule 37.3, rather he merely states that he "conferred" with opposing counsel. In this regard, the Court turns counsel's attention to paragraph 9 of the Court's August 2, 2017 Civil Conference Minute Order:

> Any motion seeking Court intervention in a discovery dispute must contain a certification that the parties have complied with Local Rule 37.3 and an explanation of how they have done so. Failure to comply with the certification requirement will result in the motion being returned to the moving party.

DE 12. The Court is directing counsel to refile a certification that more fully explains the method of compliance.

**SO ORDERED.**

Dated: Central Islip, New York
       June 1, 2018

                                                    /s/ A. Kathleen Tomlinson
                                                    A. KATHLEEN TOMLINSON
                                                    United States Magistrate Judge