# LAW OFFICE OF CLIFFORD OLSHAKER, P.C.

40-47 75TH STREET, 2ND FL
ELMHURST, NEW YORK 11373

PHONE: (718) 429-2505
FASCIMILE: (718) 429-2096
CLIFFORDOLSHAKER@YAHOO.COM

March 1, 2019

**BY ECF**

Magistrate A. Kathleen Tomlinson, U.S.M.J.
United States District Court, EDNY
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re: <u>Craig Cunningham v. Shore Funding Solutions (17-cv-2080)</u>

Your Honor:

     The Court has scheduled a motion hearing in this matter to address pending discovery issues for Thursday March 7, 2019 at 11:30am. I respectfully request that the matter be adjourned as I am leaving for Europe that afternoon and have to be at JFK airport by 1:30 pm in order to make my flight. Given the distance to the airport from the courthouse and the uncertainty of winter weather I feel it prudent to make this request. I have attempted to contact Ayton Belin, attorney for Plaintiff, to obtain his consent but was unable to reach him. This is my first time requesting an adjournment with regard to this hearing.

Respectfully,

Clifford Olshaker

Copy to:
Ayton Bellin
50 Main Street, Suite 1000
White Plains, NY 10606