UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CRAIG CUNNINGHAM on behalf of himself
and all others similarly situated,

                    Plaintiff,

      - against -

SHORE FUNDING SOLUTIONS INC.,

                    Defendant.
----------------------------------------------------------X

**ORDER**

17-2080 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has reviewed the motion by defendant's counsel seeking to adjourn the March 7, 2019 motion hearing [DE 63] as well as the opposition of Plaintiff's counsel [DE 64]. Given the track record of defendant's counsel in this case, the Court is somewhat skeptical of a last-minute request to adjourn this hearing because counsel is leaving for Europe that afternoon -- when counsel has known of the hearing date since January 23, 2019. The Court is directing Attorney Olshaker to provide a copy of his airline reservation to the Court by the end of the day today.

      The Court is reluctantly granting the motion to adjourn. However, the motion hearing is reset to March 19, 2019 at 10:30 a.m. This hearing will not be adjourned under any circumstances and the attendance of defendant's counsel is mandatory. Defendant's counsel is cautioned that if he fails to appear for any reasons, the Court will take appropriate action, including the imposition of sanctions.

                                                                            **SO ORDERED.**

Dated: Central Islip, New York
       March 4, 2019

                                                                    /s/ A. Kathleen Tomlinson

                                                                   A. KATHLEEN TOMLINSON
                                                                   United States Magistrate Judge

Case 2:17-cv-02080-GRB-AKT   Document 65   Filed 03/04/19   Page 2 of 2 PageID #: 756