# LAW OFFICE OF CLIFFORD OLSHAKER, P.C.

40-47 75TH STREET, 2ND FL
ELMHURST, NEW YORK 11373

PHONE: (718) 429-2505
FASCIMILE: (718) 429-2096
CLIFFORDOLSHAKER@YAHOO.COM

March 6, 2019

**BY ECF**

Magistrate A. Kathleen Tomlinson, U.S.M.J.
United States District Court, EDNY
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re: <u>Craig Cunningham v. Shore Funding Solutions (17-cv-2080)</u>

Your Honor:

    I submit this letter in opposition to Plaintiff's motion for sanctions. As the Court is aware I was ordered to "provide a copy of [my] airline reservation to the Court by the end of [March 4, 2019]." In compliance with the Court's order I faxed my airline reservation to chambers at (631) 712-5766 as soon as I read the Court's order. Attached please find the facsimile confirmation indicating the Court received it at 6:24 p.m. on March 4, 2019. I respectfully submit that I have complied with the Court's order and that Plaintiff's motions for sanctions be denied.

Thank you,

Clifford Olshaker

# Send Result Report
MFP
FS-3640MFP
Firmware Version 2MD_2F00.007.005 2013.04.19

03/04/2019 18:25
[2MC_1000.004.002] [2J0_1100.001.001] [2MC_7000.006.010]

Job No.: 037214       Total Time: 0°00'53"       Page: 002

## Complete

Document:       doc03721420190304182344

---

### LAW OFFICE OF CLIFFORD OLSHAKER

40-47 75th Street, 3rd Floor
Elmhurst, NY 11373
Tel: 718-429-2505
Fax: 718-429-2096

# FAX

TO: Hon. Kathleen Tomlinson       FROM: C. Olshaker
COMPANY: EDNY                     PAGES:

---

| No. | Date and Time Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|
| 001 | 03/04/19 18:24 **16317125766** | 0°00'53" | FAX | OK | 200x100 Normal/Off |

[ NNE1701409 ]

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Aytan Bellin, Esq.
50 Main Street, Suite 100
White Plaint, NY 10606
(914) 358-5345
*Counsel for Plaintiff*

_____
Clifford Olshaker, Esq.