# LAW OFFICE OF CLIFFORD OLSHAKER, P.C.

40-47 75TH STREET, 2ND FL
ELMHURST, NEW YORK 11373

PHONE: (718) 429-2505
FASCIMILE: (718) 429-2096
CLIFFORDOLSHAKER@YAHOO.COM

May 3, 2019

**BY ECF**

Magistrate A. Kathleen Tomlinson, U.S.M.J.
United States District Court, EDNY
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re: Craig Cunningham v. Shore Funding Solutions (17-cv-2080)

Your Honor:

    At the conference call that took place on April 23, 2019 between myself, the Court and Aytan Bellin, attorney for Plaintiff, I was directed to file a letter to the Court today informing the parties as to how long it was going to take to produce complete lists of text recipients that included such recipient's phone numbers. My client has continued to make the appropriate requests to EZ Text but has thus far not received the recipient list that includes the needed phone numbers. Earlier this week I have reached out to EZ Text in hopes of expedition the process but have not received the requested information.

    I would submit that the delay in receiving the requested information is due to the fact that the Defendant no longer employs EZ Text as a platform for sending out marketing texts. There is, accordingly, no longer a business relationship between the two companies.

    Hopefully by next Tuesday's (5/7/19) conference call I will have the requested information or at least be in a position to provide the Plaintiff and the Court with a timeframe in which Defendant will be able to produce the requested materials.

                                               Respectfully submitted,

                                               Clifford Olshaker