FILED
CLERK

11:59 am, Aug 06, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CRAIG CUNNINGHAM** on behalf of himself and all others similarly situated,

                Plaintiff,            Civil Action No. 2:17 CV 2080

-vs.-

**SHORE FUNDING SOLUTIONS INC,**

                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and greed by and between the parties hereto that Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), that this case is dismissed with prejudice and without costs as to any party.

Dated: August 5, 2020

Dated: August 6, 2020
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

        Respectfully submitted,

        BELLIN & ASSOCIATES LLC

        By: */s/Aytan Y. Bellin*
        Aytan Y. Bellin, Esq.
        Bellin & Associates LLC
        50 Main Street, Suite 1000
        White Plains, NY 10606
        Tel: (914) 358-5345
        Fax: (212) 571-0284
        Email: aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff Craig Cunningham*

*/s/Clifford Olshaker*
Clifford Olshaker, Esq.
40-47 75th Street, 3rd Floor
Elmhurst, NY 11373

1

Tel: (718) 492-2505
Email: Cliffordplshaker@yahoo.com

*Attorneys for Defendant Shore Funding Solutions Inc.*